**Robert M. Lane, Pro Per**
**970 W. Broadway #490**
**Jackson, WY 83001**
**Phone: (307)-763-7328**
**E-Mail: robertmlane@ymail.com**



# FEDERAL BANKRUPTCY COURT
# FOR THE DISTRICT OF WYOMING

**ROBERT M. LANE**


**Case No. 11-20398**
**Chapter 7**


### DEBTOR'S MOTION FOR SANCTIONS AGAINST DR. VIKKI L. LANE AND HER ATTORNEY BRENT COHEN FOR MAKING FALSE STATEMENTS TO THE COURT

#### A. Background

1. On or about January 29, 2013, Dr. Vikki Lane, a Santa Barbara, California based physician filed Vikki L. Lane's Amended Motion for Relief from Automatic Stay and Notice of Time to Object. Dr. Lane and her counsel made no attempt to confer with Debtor prior to filing, supporting Debtor's argument that the real purpose is harassment.

2. Dr. Vikki Lane filed a Proof of Claim on a timely basis in Debtor's bankruptcy alleging that she is owed over $1.1 million; a substantial amount of which she alleges is legal fees. Although she waived her right to legal fees in a legally binding Prenuptial Agreement, she makes no mention of this to the Court.

1

3.  Dr. Vikki Lane's claims result from the dissolution of the parties' marriage in 2008 and Dr. Lane's desire to punish her ex-husband by pursuing mean spirited highly contentious litigation when most parties reach settlements on outstanding issues. Dr. Vikki Lane has walked away from several mediated settlements and has rejected 23 or more separate invitations to sit down and settle matters. Most logical parties would have resolved their differences long before now.

4.  Dr. Vikki Lane has a history of being a pathological liar and engaging in making false statement according to those who know her. People who know her call her "Tricky Vikki" as a tribute to her propensity for deceptive behavior.

5.  In the California Superior Court of Santa Barbara, Dr. Vikki Lane and her attorney were sanctioned for making a false statement to the Court on a Motion to Compel on December 30, 2005 (See EXHIBIT A, Court Docket). They attempted to claim contempt for not receiving a document on a timely basis when in fact they did receive the document on a timely basis. They did not dispute the sanctions.

6.  Another Court in Wyoming also made findings about Dr. Vikki Lane's propensity to lie (See EXHIBIT B). The Tribunal of the Diocese of Cheyenne found "Everyone stated that Respondent (Dr. Vikki Lane) has difficulty telling the truth...These examples and other examples led one witness to classify Respondent (Dr. Vikki L. Lane) as a pathological liar." Page 6. On

2

page 7, the Tribunal states "The evidence shows the Respondent (Dr. Vikki Lane) was self-centered and would lie to get her way or look good."

7.  On or about November 10, 2009, Dr. Vikki Lane was subject to Motion for Perjury and Request for Sanctions in the California Superior Court of Santa Barbara. Dr. Lane claimed in an Income and Expense Declaration filed with the Court that her only assets after being a licensed physician for 15 years were valued at approximately $60,000. Evidence showed she failed to disclose to the Court significant assets worth multiples of what she falsely claimed. See EXHIBIT A. The Court recommended that the perjury claim be dealt with by the District Attorney for the County of Santa Barbara. The District Attorney's office investigated the matter. The results of their investigation are not known.

8.  Lastly, Dr. Vikki Lane showed her contempt for the California Superior Court of Santa Barbara by kidnapping the couple's children and moving them four hours away to her mother's house in violation of the court's temporary stay. The Court ordered the children returned to their home in Santa Barbara and admonished Dr. Lane for attempting to make a "shambles" of the legal system (See EXHIBIT A).

9.  This Motion for Sanctions was presented to Dr. Vikki Lane's counsel Brent Cohen on February 4, 2013 with a request that they withdraw their false statements. If they had agreed to do so, Robert agreed that he would not file this motion. Mr. Cohen failed to withdraw the false statements.

## B. Dr. Vikki L. Lane's False Statements

3

10. Although Dr. Vikki Lane has made numerous false statements, sanctions are requested here for three of the bolder lies she has made in her pleadings.

11. Dr. Vikki Lane falsely claims in Paragraph 7 (2) that Debtor has submitted "over twenty-five support related motions." This is a false statement unsupported by any evidence or facts. In fact, following the dissolution trial that ended in November, 2008, Debtor has filed only two Motions to Modify Child Support. These two motions as indicated on the Court Docket (EXHIBIT A) were filed on 9/29/09 and 10/9/12. The California Courts generally permit one motion per twelve month period to modify support. There is no spousal support as the parties waived spousal support in their Prenuptial Agreement. Dr. Vikki Lane is an internal medicine physician capable of earning more than $200,000. Because she has refused to work full-time (while she is fully able to do so) the California courts issued a Gavron order against Dr. Vikki Lane. If Robert made "over twenty-five support related motions," the Court records would easily demonstrate this. They simply do not and Dr. Lane and her counsel have simply been caught in another lie. If the Court agrees with Robert's request for sanctions, this will represent the third Court now that has found Dr. Vikki Lane to be a liar.

12. Dr. Vikki L. Lane claims in her pleading in 7 (a) that Debtor has committed "perjury relative to his entitlement to assets held by the Boulder Investment Trust, the Riverbend Ranch Trust and the Windriver Corporation." This is another false statement unsupported by any evidence. No Court has ever found Robert guilty of perjury or accused him of such.

4

13. Dr. Vikki L. Lane claims that Debtor has harassed "Ms. Lane, a medical doctor, by writing false and slanderous letters to her employer and the medical licensing board." What evidence does Dr. Lane have that Robert wrote false and slanderous letters to the medical licensing board as she claims? There is none. Debtor is aware that Dr. Vikki Lane has been investigated previously (prior to their being married) for allegedly having an unusual and suspicious pattern of prescribing controlled substances and other addictive drugs. Robert is also aware during their marriage that Dr. Lane violated DEA regulations by writing prescriptions for drugs for herself and having them filled in the names of her patients at out of town pharmacies where neither she nor her patients would likely be recognized. Debtor is unaware of whether she has ceased this illegal behavior or whether she has been further investigated for these potential drug prescribing improprieties.

14. Numerous other statements in Dr. Lane's pleadings are also false and misleading. Dr. Lane suggested that Robert has failed to make regular child support payments. In fact, Robert makes monthly child support payments and assumes financial responsibility for his children's expenses the 50% of the time he has his children. Over $550,000 in child support has been paid and Robert believes that he has a credit balance for his child support. Dr. Vikki Lane, however, would prefer to prejudice the Court against Robert and portray him as a deadbeat dad.

C. **Argument and Legal Authority**

5

15. Fed R. Banker Rule 9011 and Rule 11 permit sanctions against parties who use Motions for an improper purpose and who make false claims not supported by any evidence. This is part of the ongoing mean spirited litigation against Debtor and qualifies for sanctions under 9011 (b) (1) and (3). Dr. Vikki Lane and her counsel have no evidence backing up their false statements. Their claim that Robert filed "over twenty-five support related motions" is their most egregious when the court docket demonstrates only two. In fact, the court docket indicates quite a number of motions filed by Dr. Lane although few deal with child support. They desire to use their false statements to both prejudice the Court against Debtor and further harass him, improper purposes.

Wherefore, Debtor requests sanctions of $7,500 to cover Debtor's time and expenses in responding to these false statements by Dr. Vikki Lane filed solely to harass and Debtor and prejudice the Court against him. Further, said sanctions are designed to deter Dr. Vikki Lane and her Denver counsel, Brent Cohen from continuing to use the legal system to harass Debtor and as well as to discourage her continuing pattern of prevarication and pathological lies that she has now perpetrated on three different courts.

Dated March 6, 2013.

Robert M. Lane

Vikki Lane and Robert Lane, Case No. 1093841 Filed on 05-30-02 Disposed on 03-10-09

05-30-02 Summons Family Law, Filed by Petitioner Pro Per

05-30-02 Declaration Under UCCJA, Filed by Petitioner Pro Per

05-30-02 Petition for Dissolution Marriage W/Minor Children, Filed by Petitioner Pro Per

06-04-02 Order & Notice of Case Assignment, Filed

06-12-02 Order & Notice of Case Assignment Returned Mail, Filed

09-13-04 Order & Notice of Case Reassignmt

01-09-05 Order After Hearing, Received by Respondent, Doc Sent To: cc-Karen

07-12-05 Response & Request for Dissolution, Filed by Respondent

07-12-05 Declaration Under UCCJA, Filed by Petitioner

07-27-05 Ex Parte Application for Order Permitting Out Of State Visitation or in the Alternative an Order Shortening Time for Notice of Motion for Out Of State Visitation, Filed by Respondent

07-27-05 Order on Respondents Ex Parte Request, Granted, Filed by Respondent

07-27-05 Ex Parte Application for Out of State Visitation, or in the altnernative, Order Shortening Time for Notion of Motion for Out of State Visitation, Filed by Respondent

07-27-05 Declaration of respondent, Robert M Lane, in Support of Application for OSt for Motion for Out of State Visitation, Filed by Respondent

07-27-05 Resp Decl to OSC/Notice of Motion Ex Parte Response by Vikki  Lane to Declaration and Exparte Motion by Robert Lane for Out of State Visitation by the Two Minor Children, Filed by Petitioner

08-01-05 Notice of Mediation, Filed by Respondent

08-01-05 Notice of Motion - Child Custody, Filed by Respondent OSC/Mot Type: Other Issues

08-01-05 Declaration of Respondent Robert M Lane in Support of Motion for Joint Legal and Physical Custody, Filed by Respondent

08-01-05 Points & Authorities in Support of Motion for Joint Legal and Physical Custody, Filed by Respondent

08-01-05 Notice of Respondent's Attendance at Parent and Child Training, Filed by Respondent

08-01-05 Proof of Service Ex Parte Order, Filed by Respondent

08-10-05 Resp Decl to OSC/Notice of Motion, Filed by Petitioner

08-10-05 Declaration : Responsive Declaration, Filed by Petitioner

08-11-05 Objection to Mediation Date of 09-09-05, Filed

08-15-05 Notice of Mediation, Filed

08-16-05 Declaration of Maureen A Grattan in Support of Respondent's Motion for Joint Custody, Filed by
Respondent

08-16-05 Declaration of Robert M Lane in Support of Respondent's Motion for Joint Custody, Filed by
Respondent

08-16-05 Reply Brief for Motion for Joint Custody, Filed by Respondent

08-16-05 Certificate of Attendance - CIM by Vikki Lane- Petitioner, Filed

08-22-05 Notice of Motion - CS/Attorney Fees and Costs/Other: Supplemental Pleading - Hrg on 9/13/05 in Dept
3, Sealed, Filed by Petitioner OSC/Mot Type: CS

08-22-05 Income & Expense Declaration, Sealed, Filed by Petitioner

08-22-05 Notice of Motion/Decl for Joinder - Hrg on 9/13/05 in Dept 3, Sealed, Filed by Petitioner

08-23-05 Declaration re Local Rule 1419, Filed by Petitioner

08-23-05 Minute Order Motion re CC & 9/13 motions to 9/20/05, 10:30 am with interim orders, Filed

09-01-05 Declaration of Larry Laborde Re Disputed Language in Proposed Order After Hrg, Filed

09-01-05 Order After Hearing (2 orders submitted), Received, Doc Sent To: 3

09-06-05 Objection of Petitioner to Respondent's Ex Parte Request and Order to Seal Financial Forms
, Filed by Petitioner

09-06-05 Decl re Service-Disclosure Prelim, Filed by Petitioner

09-08-05 Notice of Continuance of Family Custody Mediation - Continued to 10/19/05, Filed by Respondent

09-09-05 Stipulation & Order for Continuance - cont to 9-27-05, Filed by Petitioner

09-14-05 Decl re Service-Disclosure Prelim by Respondent, Filed

09-14-05 Declaration of Andrew M Polinsky Pursuant to Rule 1419, Filed by Respondent

09-14-05 Declaration of Andrew M Polinsky Pursuant to Rule 1418, Sealed, Filed by Respondent

09-14-05 Income & Expense Declaration, Sealed, Filed by Respondent

09-14-05 Resp Decl to OSC/Notice of Motion, Sealed, Filed by Respondent

09-14-05 Points & Authorities in Opposition to Petitioner's motion for Joinder, Filed by Respondent

09-14-05 Declaration -Responsive Declaration to Motion for Joinder, Filed by Respondent

09-21-05 Reply to Respondent's Response to Petitioner's Motion for Support, Fees, and Joinder, Filed by
Respondent

09-21-05 Declaration Re: Submission of Court Reporter's Transcript of Hearing 8/23/05, Filed by Petitioner

09-22-05 Document: Status Update, Filed by Petitioner

09-22-05 Status Report on Joint Custody, Filed by Respondent

09-27-05 Order After Hearing, Filed by Respondent

09-27-05 Minute Order Court ruled per tentative, but did not set trial, Filed

09-27-05 Ex Parte Application to Seal Financial Records, ExParte App? Y, Filed by Respondent

09-27-05 Ex Parte Application to Seal Financial Records, ExParte App? Y, Filed by Respondent

10-03-05 Notice of Motion -Modification-CC/Other Misc Parenting Issues HRG 11-01-05 in Dept 3, Filed by Respondent OSC/Mot Type: Other Issues

10-03-05 Points & Authorities in Support of Motion for Modification of Joint Custody Misc/Parenting Issues, Filed by Respondent

10-03-05 Notice of Ruling, Filed by Respondent

10-07-05 Declaration Re Submission of Court Reporter's Transcript of Hearing on 9/27/05, Filed by Petitioner

10-18-05 Resp Decl to OSC/Notice of Motion, Filed by Petitioner

10-24-05 Mediation Report - Hrg on 11/1/05 in Dept 3, Filed

10-25-05 Reply Brief for Motion for Modification of Joint Custody, Misc Parenting Issues; Declarations of Robert M Lane and Maureen A Grattan in Support Thereof, Filed by Respondent

10-27-05 Document: Status Update, Filed by Petitioner

11-01-05 Minute Order Status Conf 2/7/06, 10:30 am; Pre-Nup Trial 4/4/06, 11:30, Filed

11-04-05 Order After Hearing, Filed by Respondent

11-04-05 Declaration re Approval of Proposed Order, Filed by Respondent

11-04-05 Notice of Undocumented Action - Child Support Case Registry form submitted by Respondent, Filed

11-15-05 Order Concerning Custody and Parenting Issues, Filed by Respondent

11-22-05 Notice of Motion Special Interrogatory Responses-HRG 12-20-05 in Dept 3, Filed by Respondent OSC/Mot Type: Other Issues

11-22-05 Declaration of Andrew M Polinsky in Support of Motion to Compel, Filed by Respondent

11-22-05 Statement of Questions & Answers in Dispute, Filed by Respondent

11-22-05 Memorandum of Points & Authorities in Support of Motion to Compel, Filed by Respondent

12-07-05 Notice of Change of Address, Filed by Respondent

12-08-05 Notice of Non-availability, Filed by Respondent

12-12-05 Mediation Report, Filed

12-14-05 Notice of Lack of Opposition & Request to Deny Petitioner Oral Argument, Filed by Respondent

12-15-05 Resp Decl to OSC/Notice of Motion, Filed by Petitioner

12-15-05 Document: Status Update, Filed by Petitioner

12-16-05 Declaration of Andrew M Polinsky in Reply to Petitioner's Untimely Response/Motion to Strike Petitioner's Response as untimely, Filed

12-20-05 Notice of Motion Other: Motion to Compel CCP2030, Filed by Petitioner OSC/Mot Type: Other Issues

12-20-05 Notice of Motion for Admission to be Deemed Admitted, Filed by Petitioner OSC/Mot Type: Other Issues

12-20-05 Minute Order Motion to compel granted w/ $750 sanctions to R, Filed

12-28-05 Notice of Motion & Motion to be Relieved as counsel HRG 01-31-06 in Dept 3, Filed by Petitioner

12-28-05 Declaration in Support of Atty's Motion to Be Relieved as Counsel, Filed by Petitioner

01-12-06 Substitution of Attorney, Filed by Petitioner

01-17-06 Order After Hearing, Filed by Respondent

01-17-06 Declaration re Approval of Proposed Order, Filed by Respondent

01-27-06 Statement -Status Conference Statement, Filed by Respondent

01-31-06 Minute Order Motion to withdraw off cal, Filed

02-07-06 Minute Order Status Hearing Continued until 3/7/06 at 1030 am in Dept 3, Filed

03-07-06 Minute Order Status Hearing  - Continued to 04/11/06 @ 10:30 ub Dept. 3.  Parties ordered to file a Marital Reconciliation Agreement., Filed

04-04-06 Status Report, Filed by Respondent

04-04-06 Minute Order April 11 confirmed but will also be an OSC re sanctions both attys for failure to appear today.

, Filed

04-05-06 Status Report, Filed by Petitioner

04-11-06 Minute Order Status cont to 5/2/06, 10:30 am for agreement, Filed

04-25-06 Status Report - Status Conference Report, Filed by Petitioner

04-25-06 Status Report, Filed by Respondent

05-02-06 Minute Order Status Hrg to 6/6/06, 10:30 am, Filed

06-01-06 Status Report, Filed by Respondent

06-01-06 Status Report, Filed by Petitioner

06-06-06 Minute Order Status Hearing to 7/11/06, 10:30 am, Filed

07-07-06 Status Report, Filed by Respondent

07-11-06 Minute Order Status hearing to 8/15/06, 10:30 am, Filed

08-15-06 Minute Order Status Hearing to 9/19/066, 10:30 am, Filed

09-19-06 Minute Order CMC 11/14/06 R/S 6/1/07 Trial 7/10/07, Filed

09-25-06 Notice of Ruling, Filed by Respondent

09-26-06 Notice of Non-availability, Filed by Respondent

11-08-06 Status Report, Filed by Petitioner

11-14-06 Minute Order R/S & trial confirmed, Filed

01-18-07 Substitution of Attorney, Filed by Respondent

02-08-07 Substitution of Attorney, Filed by Respondent

05-01-07 Stipulation & Order to Continue Mandatory Settlement Conference and Trial Dates - Cont to 10/19/07 MSC and 11/20/07 Trial, Filed by Petitioner

05-11-07 Notice of Non-availability, Filed by Respondent

07-23-07 Notice of Motion Re: Exclusive Possession of Family Residence Hrg Date 08-14-2007, Filed by Petitioner OSC/Mot Type: Other Issues

08-14-07 Minute Order Motion for exclusive possession off calendar, Filed

09-26-07 Notice of New Hearing Date - MSC set for 10/19/07 vacated and reset on 11/9/07 8:30am, Dept 5. Mailed to Counsel, Filed

11-02-07 Stipulation & Order to Continue Mandatory Settlement Conference and Trial Dates - Cont to 1/11/08 MSC and 2/19/07 Trial, Filed by Petitioner

01-04-08 Settlement Conference Statement /Pet Vikki Lanes' Mandatory -- Hrg: 01/11/2008, Received by Petitioner

01-07-08 Order Declaration of Robert Lane Requesting the Court to Release Copies of Sealed Documents to Present Counsel; and Order Thereon., Filed by Respondent

01-09-08 Settlement Conference Statement /Respondent's Mandatory -- Hrg: 01/11/2008 -- LATE, Received by Respondent

01-14-08 Minute Order R&S held. Case settled. Trial Conf of 2/19/08 vacated.  CMC set for 2/19/08 @ 8:30am, Dept 3., Filed

01-14-08 Mandatory Settlement Conf Order, Filed

02-19-08 Minute Order CMC held and cont'd to 3/18/08 at 8:30 am in Dept 3, Filed

03-07-08 Substitution of Attorney, Filed by Respondent

03-18-08 Minute Order CMC held & to 3/25/08, 8:30 am, Filed

03-24-08 Notice of Motion -Other Entry of Judgment/Sanction HRG 04-22-07, Filed by Petitioner OSC/Mot Type: Other Issues

03-24-08 Declaration of Petitioner Vikki Lane in Support Motion to Enter Settlement Agreement as Judgment/Request for Sanctions, Filed by Petitioner

03-24-08 Declaration of Bruce D Glesby in Support of Motion to Enter Settlement Agreement as Judgment/Request for Sanctions, Filed by Petitioner

03-24-08 Memorandum of Points & Authorities in Support of Motion to Enter Settlement Agreement as Judgment/Request for Sanctions, Filed by Petitioner

03-25-08 Minute Order CMC cont'd to 4/22/08 at 8:30am in Dept 3, Filed

03-27-08 Decl re Service-Final Disclosure by Petitioner, Filed by Petitioner

04-09-08 Declaration of John T Rudnick, Trustee of the Boulder Investment Trust, in Support of Respondent's Response to Petitioner's Motion for Entry of Judgment and Sanctions, Filed by Respondent Pro Per

04-09-08 Declaration of Matthew William Lane, Trustee of the Christopher Doyle Lane Irrevocable Trust and the Theresa Michelle Lane Irrevocable Trust, in Support of Respondent's Response to Petitioner's Motion for Entry of Judgment and Sanctions, Filed by Respondent Pro Per

04-09-08 Resp Decl to OSC/Notice of Motion, Filed by Respondent Pro Per

04-09-08 Notice of Motion to Allow Son Attend Holy Communion Date: 05/06/2008

Time: 9:30 am

Dept: 3, Filed by Respondent Pro Per

04-15-08 Reply - Memorandum of Points and Authorities in Reply to Respondent Robert Lane's Opposition to Motion to Enter Settlement Agreement As Judgment; Declaration of Vikki Lane and Declaration of Bruce Glesby in Support Thereof; Request for Sanctions, Filed by Petitioner

04-17-08 Objection to Evidence re: Declaration of Burce D Glesby in Reply to Respondent Robert Lane's Opposition to Motion to Enter Settlement Agreement As Judgment; Request for Sanctions, Filed by Respondent Pro Per

04-22-08 Minute Order CMC off calendar, Filed

04-22-08 Minute Order Motion: Entry of Judgment/Sanctions held; Motion denied; Trial 5/27/08 at 11:30 am in Dept 3, Filed

04-23-08 Resp Decl to OSC/Notice of Motion, Filed by Petitioner

04-23-08 Declaration of Winnie Cai in Request for Attorney Fees for Petitioner's Opposition Motion to Allow Our Son to Attend Holy Communion, Filed by Petitioner

04-23-08 Declaration of Petitioner Vikki Lane's in Opposition to Respondent's Motion to Allow Son to Attend Holy Communion, Filed by Petitioner

04-28-08 Reject Letter - Judgment of Dissolution returned - Motion for entry of Judgment was denied

05-02-08 Substitution of Attorney, Filed by Respondent

05-05-08 Stipulation & Order Thereon re Custody for Holy Communion and Mother's Day, Granted, Filed by Respondent

05-06-08 Minute Order Motion re son off calendar, resolved, Filed

05-07-08 Proof of Service of Substitution of Attorney, Filed by Respondent

05-13-08 Notice of Entry of Order, Filed by Respondent

05-20-08 Income & Expense Declaration, Filed by Respondent

05-20-08 Decl re Service-Final Disclosure, Filed by Respondent

05-21-08 Subpoenaed Records Received -State Farm General Ins Co, Received

05-21-08 Stipulation & Order re Prenuptial Agreement and Order thereon, Granted, Filed by Respondent

05-21-08 Stipulation & Order Thereon re Admissibility of Real Estate Appraisals and Fair Market Value of Real Estate, Filed by Respondent

05-27-08 Minute Order Trial continued to 9/9/08, 11:30 am, Filed

05-28-08 Subpoenaed Records Received -Zachys Wine & Liquor, Inc, Received

05-28-08 Subpoenaed Records Received -Custodian of Records of Robert E Trukowski, Inc  (805) 565-4528, Received

06-06-08 Subpoenaed Records Received -SFA Design, Received

06-12-08 Stipulation & Order re Summer Vacation Schedule; Order thereon, Filed by Respondent

06-12-08 OSC & Declaration re Contempt - Hrg date 7/15/08, Filed by Petitioner OSC/Mot Type: Other Issues

06-13-08 Subpoenaed Records Received -Stockcross Financial Services, Inc, Received

06-13-08 Notice of Motion -Hrg 07-15-2008; Compliance w Subpoenas & Fees, Filed by Petitioner OSC/Mot Type: Other Issues

06-13-08 Memorandum of Points & Authorities in Support of Motion for Order Directing Compliance w/ Subpoenas for Production of Documents, etc, Filed by Petitioner

06-13-08 Notice of Non-availability, Filed by Respondent

06-20-08 Notice of Intent to Seek Family Code 271 Sanctions, Filed by Respondent

06-27-08 Stipulation & Order Continuing Hearing on Motion to Compel - Cont to 8/5/08, Filed by Respondent

07-07-08 Request to Take OSC RE Contempt Off-Calendar, Filed by Petitioner

07-11-08 Notice of Entry of Order, Filed by Respondent

07-14-08 Stipulation & Order re Spousal Support, Filed by Respondent

07-17-08 Reject Letter Declaration of Custodian of Records of JD Group: subpoenaed records submitted incorrectly; missing envelope

07-23-08 Resp Decl to OSC/Notice of Motion, Filed by Respondent

07-28-08 Subpoenaed Records Received - JD Group Inc, Received

08-01-08 Opposition -Supplemental Opposition to Motion for Compliance with Subpoenas, Filed by Respondent

08-01-08 Reply Memorandum of Points & Authorities RE Motion for Order Directing Compliance w/ Subpoenas for Production, etc, Filed by Petitioner

08-05-08 Minute Order Motion for order for compliance, etc., granted, Filed

08-12-08 Declaration of Marisa K Beuoy for Entry of Order Pursuant to Local rule 1414, Filed by Petitioner

08-18-08 Order After Hearing on Petitioner's Motion for Compliance with Subpoenas and Attorneys Fees, Filed by Petitioner

08-26-08 Subpoenaed Records Received -Jackson Bank & Trust, Received

08-26-08 Subpoenaed Records Received -Northern Trust, Received

08-29-08 Subpoenaed Records Received -American Express, Received

09-03-08 Subpoenaed Records Received -United Air Lines, Received

09-09-08 Minute Order Trialing for 7-DCT, Filed

09-10-08 Subpoenaed Records Received -William Blair Company, Received

09-12-08 Subpoenaed Records Received -Chase Bank, Received

10-07-08 Request to Take Judicial Notice at Trial, Filed by Petitioner

10-23-08 Trial Brief /Petitioner's Vikki Lane's, Filed by Petitioner

10-27-08 Document: Petitioner Vikki Lane's Trial Exhibits -- Hrg; 10/28/2008, Filed by Petitioner

10-27-08 Witness List /Petitioner Vikki Lane's Hrg: 10/27/2008, Filed by Petitioner

10-28-08 Minute Order First day Court Trial, Filed

10-28-08 Trial Brief Respondent's Trial Brief, Filed

10-28-08 Witness List Respondent Robert M. Lane's Witness List for Trial, Filed

10-28-08 Exhibit List Respondent Robert M. Lane's Exhibit List for Trial, Filed

10-28-08 Motion in Limine Respondent's No. 1 to prohibit Petitioner's expert from, Filed

10-28-08 Motion in Limine Respondent's No 2 to prohibit introduction of evidence or claims for attorney's fees

, Filed

10-28-08 Motion in Limine Respondent's No 3 to limit introduction of evidence of Respondent's income to his
current income and prohibiting introduction of evidence of phantom income

, Filed

10-28-08 Motion in Limine Respondent's No 4 to admit deposition of unavailable witness in lieu of testimony;
Declaration of Edwin S. Clark; Exhibits

, Filed

10-28-08 Motion in Limine Respondent's No 5 to expert testimony of undesignated experts

, Filed

10-29-08 Minute Order Second day of Court Trial, Filed

10-30-08 Minute Order Third day of Court trial, Filed

10-31-08 Minute Order Fourth day of Court Trial, Filed

11-03-08 Minute Order Fifth day of Court trial, Filed

11-03-08 Brief Opposition brief to motion in limine regarding attorney's fees

, Filed by Petitioner

11-03-08 Brief Petitioner's brief re request for court to deem employer contributions to respondent's defined
benefit pension plan as income

, Filed

11-03-08 Memorandum Respondent's memorandum re: Defined benefit plan, Filed

11-03-08 Income & Expense Declaration, Filed by Respondent

11-04-08 Minute Order 6th DCT, Filed

11-04-08 Declaration of Bruce D. Glesby in support of Petitioner's claim for attorney's fees and costs

, Filed

11-04-08 Points & Authorities Respondent's supplemental memorandum of points and authoriti ties re "separation"

, Filed

11-04-08 Points & Authorities Respondent's further supplemental memorandum of points and authorities on the issue of attorney fees

, Filed

11-04-08 Document: Supplement to exhibit to declaration of Bruce D. Glesby in support of Petitioner's claim for attorney's fees and costs, Filed

11-05-08 Minute Order 7th DCT, Filed

11-06-08 Minute Order 8th DCT; Dissolution granted Court signed Tentative Decision

, Filed

11-06-08 Ruling Tentative Decision, Filed

11-17-08 Objection -Proposals and Objections to Statement of Tentative Decision filed November 6, 2008 and Request for Statement of Decision, Filed by Respondent

11-17-08 Request for Statement of Decision /Petitioner Vikki Lane's, Filed by Petitioner

12-01-08 Statement -Petitioner Vikki Lane's Proposed Content for Statement of Decision, Filed by Petitioner

12-16-08 Objection /Resp's Objections to Petitioner's Proposed Content for Statement of Decision, Filed by Respondent

01-13-09 Statement of Decision, Filed

01-14-09 Clerk's Certificate of Mailing - Statement of Decision, Filed

01-30-09 Objection to Statement of Decision; Request for Hearing, Filed by Respondent

02-04-09 Proof of Service of Proposed Judgment, Filed by Petitioner

02-19-09 Objection to Proposed Judgment, Filed by Respondent

02-19-09 Declaration Re Compliance by Respondent with Santa Barbara Rule 1426 and Request for Hearing, Filed by Respondent

02-20-09 Order Setting Hearing to Resolve Issues Related to Drafting the Judgment - Hrg date 3/10/09

, Filed

02-20-09 Clerk's Certificate of Mailing - Order Setting Hearing to Resolve Issues Related to Drafting the Judgment

, Filed

02-20-09 Judgment of Dissolution, Returned to Submitting Party by Petitioner

03-02-09 Opposition to Respondent's Objections to Proposed Judgment, Filed by Petitioner

03-05-09 Reply to Petitioner's Response to Objections to Proposed Judgment, Filed by Respondent

03-10-09 Minute Order Court printed Judgment; same signed & filed, Filed

03-10-09 Judgment of Dissolution - Marital status ends 11/6/08, Filed

03-16-09 Notice of Entry of Judgment, Filed

04-29-09 Notice of Appeal, Filed by Respondent Pro Per

04-30-09 Clerk's Certificate of Mailing /Notice of Appeal, Filed

05-07-09 Notice to Prepare Clerk's Transcript, Filed by Respondent

05-07-09 Notice to Prepare Reporter's Transcript, Filed by Respondent

05-08-09 Waiver of Reporter's Fees, Filed

05-08-09 Clerk's Certificate of Mailing, Filed

05-12-09 Clerk's Certificate of Mailing -AMENDED, Filed

05-15-09 Notification of Estimated Costs on Preparing Clerk's Transcript on Appeal, Filed

05-26-09 OSC & Declaration re Contempt - Hrg 7/14/09, Filed by Petitioner OSC/Mot Type: Other Issues

06-11-09 Request to the Clerk of the Court to Issue Commission for Out-Of- State Deposition Subpoena, Filed by Petitioner

06-11-09 Request to the Clerk of the Court to Issue Commission for Out-Of- State Civil Subpoena, Filed by Petitioner

06-11-09 Subpoena -Commission for Issuing Out-Of-State Deposition Subpoena, Issued by Petitioner

06-11-09 Subpoena -Commission for Issuing Out-Of-State Civil Subpoena, Issued by Petitioner

06-16-09 Notice-Withdraw as Atty of Record, Filed by Respondent

06-26-09 Proof of Service of Order for Domestication of Deposition Subpoena; Deposition Subpoena, Filed by Petitioner

06-26-09 Proof of Service of Order for Domestication of Civil Subpoena; Civil Subpoena, Filed by Petitioner

07-02-09 Order on Motion to be Relieved as Counsel, Filed

07-02-09 Ex Parte Motion to Request a Change of Hearing Date and Alternative Dispute Resolution, ExParte App? Y, Filed by Respondent Pro Per

07-02-09 Declaration re Ex Parte Notice, Filed by Respondent Pro Per

07-02-09 Memorandum of Points & Authorities in Opposition to Ex Parte Motion to Continue Petitioner Vikki Lane's OSC Hearing re Contempt, Filed by Petitioner

07-02-09 Order - Ex Parte Motion Order to Postpone Hearing From July 14, 2009 to September 22, 2009 and to Order Alternative Dispute Resolution  - Hrg cont to 8/25/09, Filed by Respondent Pro Per

07-08-09 Ex Parte Motion to Request that Video Depositions be Permitted in Court for three Key Witnesses who are Unable to Physically Appear and to Authorize R Lane to Supervise the Depositions and Administer the Oaths, ExParte App? Y, Filed by Respondent Pro Per

07-08-09 Declaration re Ex Parte Notice, Filed by Respondent Pro Per

07-08-09 Declaration of Bruce D Glesby in Response to Respondent's Ex Parte Application to Take the Video Depositions of his Brothers, Sister and Former Business Partner Out of State, Filed by Petitioner

07-08-09 Order - Ex Parte Motion Order to Permit the Use of Video Recording of Depositions in Court for Three Witnesses Unavailable for Hearing, Filed by Respondent Pro Per

07-17-09 Notice of Motion Modification Child Custody and Child Support-Hrg 8/11/2009, Filed by Respondent Pro Per OSC/Mot Type: CS

07-24-09 Notice of Motion -Hrg 08-25-2009; Attorney Fees & Costs, Filed by Petitioner OSC/Mot Type: Other Issues

07-24-09 Declaration of Petitioner Vikki Lane in Support of Motion for Attorney Fees to Defend Appeal, Filed by Petitioner

07-29-09 Ex Parte Motion to Modify Child Support Based upon a Change in Circumstances and a Request for Sanctions Relating to Dr Vikki L Lane's Three Counts of

Perjury, ExParte App? Y, Filed by Respondent Pro Per

07-29-09 Declaration re Ex Parte Notice, Filed by Respondent Pro Per

07-29-09 Memorandum of Points & Authorities in Opposition to Ex Parte Motion to Shorten Time to Hear Motion re Modification of Child Support, Filed by Petitioner

07-29-09 Order /Proposed Order After Ex Parte Motion to Shorten Time to Hear Motion re Modification of Child Support, Denied, Filed by Petitioner

07-29-09 Objection -Petitioner Vikki Lane's Objections to and Request to Strike the Declarations of Matthew Lane, Patricia Lane and Duane Bernard, etc, Filed by Petitioner

07-29-09 Resp Decl to OSC/Notice of Motion, Filed by Petitioner

08-04-09 Notice of Motion -Hrg 09-01-2009; Protective Order, Filed by Petitioner OSC/Mot Type: Other Issues

08-04-09 Declaration of Bruce D Glesby in Support of Motion for Protective Order for Production of Documents at Petitioner's Deposition, Filed by Petitioner

08-04-09 Memorandum of Points & Authorities in Support of Petitioner Vikki Lane's Motion for Protective Order for Production of Documents at Petitioner's Deposition, Filed by Petitioner

08-05-09 Ex Parte Application to Compel Petitioner Dr. Vikki L Lane to Answer Deposition Questions and Interrogatories Dealing w/All Aspects of Her Show Cause for Contempt Filing and Other Relevant Matters; HRG: 8/5/09, ExParte App? Y, Filed by Respondent Pro Per

08-05-09 Declaration re Ex Parte Notice, Filed by Respondent Pro Per

08-05-09 Declaration of Bruce D Glesby in Opposition to Ex Parte Motion to Compel Answers to Deposition and Special Interrogatories, Filed by Petitioner

08-05-09 Memorandum of Points & Authorities in Opposition to Ex Parte Motion to Compel Answers to Deposition and Special Interrogatories, Filed by Petitioner

08-05-09 Order re Ex Parte Motion to Compel Petitioner Dr. Vikki L Lane to Answer Deposition Questions etc.,, Denied, Filed by Respondent Pro Per

08-05-09 Order After Ex Parte Motion to Compel Answers to Deposition Questions and Interrogatories, Denied, Filed by Petitioner

08-06-09 Opposition to Petitioner's Dr Vikki L Lane's Objections to and Request to Strik Declarations of Matthew Lane, Patricia Lane and Duane Bernard in Support of Robert Lane's Motion to Modify Child Support, Filed by Respondent Pro Per

08-11-09 Minute Order Motion: Mod CC/CS Denied. Atty Fee Sanct by Resp to Pltf $3885 by 8-14-09. Request re Declaration of M. Lane, P. Lane and D. Berriary in support of resp's motion as they are hersay are granted., Filed

08-11-09 Notice of Taking Petitioner's Motion for Protective Order Off- Calendar, Filed by Petitioner

08-12-09 Opposition to Petitioner's Motion for Legal Fees and Points and Authorities, Filed by Respondent Pro Per

08-12-09 Declaration of Respondent Robert M Lane in Opposition to Dr Vikki L Lane's Motion for Attorney's Fees, Filed by Respondent Pro Per

08-12-09 Ex Parte Application to Change Date of Show Cause for Contempt Hearing; HRG: 8/12/09, ExParte App? Y, Filed by Respondent Pro Per

08-12-09 Declaration of Robert M. Lane, Respondent, in Support of Respondent's Ex Parte Motion to Change for Contempt Hearing Date, Filed by Respondent Pro Per

08-12-09 Declaration re Ex Parte Notice, Filed by Respondent Pro Per

08-12-09 Opposition - Memorandum of P's and A's in Opposition to Ex Parte Motion to Change, Filed by Petitioner

08-12-09 Order, Denied, Filed by Respondent Pro Per

08-18-09 Objection to and Request to Strike the Declarations of Matthew Lane, Patricia Lane and Duane Bernard in Support of Robert Lane's Opposition to Petitioner's, etc, Filed by Petitioner

08-18-09 Memorandum of Points & Authorities in Support of Petitioner Vikki Lane' Reply to Motion for Attorneys' Fees to Defend Appeal, Filed by Petitioner

08-18-09 Declaration of Petitioner Vikki Lane in Reply to Motion for Attorney Fees to Defend Appeal, Filed by Petitioner

08-19-09 Affidavit of Reporters Requesting Payment, Filed

08-19-09 Affidavit of Reporters of Cost on Appeal Transcript, Filed

08-19-09 Affidavit of Reporters Request for Payment, Filed

08-19-09 Ex Parte Motion to Compel Petitioner Dr Vikki L Lane to Answer Interrogatory Questions, to Request an Oral Evidentiary Hearing on Petitioner's Request for Advance Legal Fees, Request That Key Witnesses be Able to Appear Via Their Video Depositions and Request for San, ExParte App? Y, Filed

08-19-09 Declaration re Ex Parte Notice, Filed by Respondent Pro Per

08-19-09 Memorandum of Points & Authorities in Opposition to Ex Parte Motion to Compel Petitioner Dr. Vikki L Lane to Answer Interrogatory Questions; Request for an Oral evidentiary Hearing on Petitioner's Request for Advance Legal Fees;  Request That Key Witnesses be Able to Appear Via Their Video

08-19-09 Order for Ex Parte Motion to Compel Petitioner Dr. Vikki L Lane to Answer Interrogatory Questions, Denied, Filed by Respondent Pro Per

08-21-09 Opposition to and Request for Dismissal or Summary Judgment in his Favor for Show Cause for Contempt Matter of in the Alternative, a Not Guilty Plea and request for Formal Hearing, Filed by Respondent Pro Per

08-21-09 Declaration of Marisa K Beuoy in Opposition to Ex Parte Motion to compel Petitioner Dr. Vikki L Lane to Answer Interrogatory Questions, Filed by Petitioner

08-25-09 Minute Order OSC:Contempt held; Resp arraigned on contempt, pleads not guilty, Resp waives time. Motion:Fees is premature as of now; parties will be given notice when the hearing will be held, Filed

09-01-09 Minute Order Motion:Protective Order off calendar, Filed

09-03-09 Receipt /Court of Appeal, Filed

09-03-09 Return Receipt Record on Appeal/Court of Appeal Box 1 of 2, Filed

09-03-09 Return Receipt Record on Appeal/SCourt of Appeal Box 2 of 2, Filed

09-29-09 Notice of Motion -Modification of Child Support-Hrg 11/3/2009, Filed by Respondent Pro Per OSC/Mot Type: CS

09-29-09 Receipt /Proof of Delivery Appellant (Robert Lane) Box 1 of 2, Filed

09-29-09 Return Receipt Record on Appeal/Appellant (Robert Lane) Box 1 of 2, Filed

09-29-09 Receipt /Proof of Delivery Appellant (Robert Lane) Box 2 of 2, Filed

09-29-09 Return Receipt Record on Appeal/Appellant (Robert Lane) Box 2 of 2, Filed

10-09-09 Ex Parte Application to Accelerate Schedule to 10/20/09 to Compel Petitioner Dr. Vikki Lane to Answer
Interrogatories Dealing With the 11/3/09 Respondent's Motion to Modify Child Support etc., HRG: 10/9/09,
ExParte App? Y, Filed by Respondent Pro Per

10-09-09 Declaration re Ex Parte Notice, Filed by Respondent Pro Per

10-09-09 Declaration - Additional Decl. of Robert M Lane re Ex Parte Motion etc.,, Filed by Respondent Pro Per

10-09-09 Income & Expense Declaration, Filed by Respondent Pro Per

10-09-09 Declaration of Bruce D Glesby in Response to Respondent's Ex Parte Motion etc.,, Filed by Petitioner

10-09-09 Order on Ex Parte Motion ---11/3/09 hrg. date is vacated and re-set for 11/10/09; motion to compel
will be heard on 11/3/09, served and file by 10/15; response by 10/21; reply by 10/27----, Filed

10-13-09 Notice of Motion -Sanctions-Dr V Lane-Hrg 11/10/2009, Filed by Respondent Pro Per OSC/Mot Type:
Other Issues

10-15-09 Notice of Motion -Sanctions-B. Glesby-Hrg 11/10/2009, Filed by Respondent Pro Per OSC/Mot Type:
Other Issues

10-15-09 Notice of Motion -Motion to Compel-Hrg 11/3/2009, Filed by Respondent Pro Per OSC/Mot Type:
Other Issues

10-20-09 Declaration of Bruce D Glesby in Opposition to Respondent Robert Lane's Motion to Compel Petitioner
to Answer Deposition, etc, Filed by Petitioner

10-20-09 Memorandum of Points & Authorities in Opposition to Motion to Compel Petitioner to Answer
Deposition Questions, and Request for Sanctions, Filed by Petitioner

10-26-09 Notice of Motion -Hrg 11-24-2009; Modification Child Custody, Filed by Respondent Pro Per OSC/Mot
Type: CC-Visit

10-26-09 Opposition -Respondent's Opposition to Petitioner's Arguments to Motion to Compel Petitioner, etc,
Filed by Respondent Pro Per

10-26-09 Notice of Motion -Hrg 12-01-2009; Motion to Quash Deposition Subpoenas ; Stay Depositions;
Sanctions, Filed by Petitioner OSC/Mot Type: Other Issues

10-28-09 Resp Decl to OSC/Notice of Motion Hrg - 11/10/2009, Filed by Petitioner

10-28-09 Resp Decl to OSC/Notice of Motion Hrg - 11/10/2009, Filed by Petitioner

10-28-09 Opposition from Declarant Vicki Lane to Respondent's Motion to Request Sanctions of $8,000 Against Dr Vikki L Lane for Mutlitple Counts of Perjury and Sanctions of $4,000 Against Mr Bruce Glesby for Submitting to the Court Documents He Knew Were False Hrg- 11/10/2009, Filed by Petitioner

10-28-09 Memorandum of Points & Authorities in Opposition to Respondent's Motion to Request Sanctions of $8,000 Against Dr Vikki L Lane for Multiple Counts of Perjury and Sanctions of $4,000 Against  Mr Bruce Glesby for Submitting to the Court Documents He Knew Were False Hrg - 11/10/2009, Filed by

10-28-09 Opposition of Winnie Cai to Respondent's Motion to Request Sanctions of $8,000 Against Dr Vikki L Lane for Multiple Counts of Perjury and Sanctions of $4,000 Against Mr Bruce Glesby for Submitting to the Court Documents He Knew Were False Hrg - 11/10/2009, Filed by Petitioner

10-28-09 Memorandum of Points & Authorities and Declaration of Bruce D Glesby in Opposition to Respondent's Motion to Request Sanctions of $5,000 Against Bruce D Glesby for Perjury in his October 8, 2009 Declaration, Filed by Petitioner Pro Per

10-28-09 Resp Decl to OSC/Notice of Motion, Filed by Petitioner

10-28-09 Proof of Service -Petitioner's Opposition to Respondent's Motion to Respondent's Motion to Request Sanctions, etc, Filed by Petitioner

10-28-09 Ex Parte Motion by Robert M Lane to Request that Petitioner Dr Vikki L Lane Cease and Desist her Legal Harassment of Him that the Court Order her to Withdraw her Motion to Enter Foreign Judgment and for Sanctions, ExParte App? Y, Filed by Respondent Pro Per

10-28-09 Declaration re Ex Parte Notice, Filed by Respondent Pro Per

10-28-09 Declaration of Bruce D Glesby in Response to Respondent's Ex Parte Motion for the Court to Order Dr Lane to Withdraw her "Motion to Enter Foreign Judgment and For Sanctions; Petitioner's Affirmative Request for Attorneys Fees

, Filed by Petitioner

10-28-09 Memorandum of Points & Authorities in Opposition to Respondent's Ex Parte Motion for the Court to Order Dr Lane to Withdraw her "Motion to Enter Foreign Judgment and for Sanctions;

Petitioner's Affirmative Request for Attorneys' Fees Pursuant to CCP128.5, Filed by Petitioner

10-28-09 Order re Ex Parte Motion, Denied, Filed by Respondent Pro Per

10-29-09 Notice of Taking Hearing on Petitioner Vikki Lane's Motion to Quash Off Calendar, Filed by Petitioner

10-29-09 Notice of Errata re Responsive Decl of Vikki Lane in Opposition to Respondents' Motion to Req Sanctions of $8,000 Against Dr Vicki Lane etc -- Hrg: 11/10/2009, Filed by Petitioner

10-30-09 Resp Decl to OSC/Notice of Motion, Filed by Respondent Pro Per

10-30-09 Resp Decl to OSC/Notice of Motion, Filed by Respondent Pro Per

11-03-09 Reply to Petitioner's Opposition to Motion to Modify Child Support Base Upon a Change in Circumstance, Filed by Respondent

11-09-09 Resp Decl to OSC/Notice of Motion, Filed by Petitioner

11-10-09 Minute Order Modification of child support denied, etc., Filed

11-10-09 Notice of Delinquency, Filed by Petitioner

11-16-09 Plead on Joinder-Empl Benefit Plan, Filed by Petitioner

11-16-09 Req for Joinder/Empl Benefit Plan, Filed by Petitioner

11-17-09 Disqualification/Challenge - Thomas P Anderle (req for recusal), Filed by Respondent Pro Per

11-17-09 Req: Waive Court Fees, Filed by Respondent Pro Per

11-17-09 Ord: Court Fee Waiver (Sup Ct), Granted, Filed by Respondent Pro Per

11-17-09 Document: Respondent's Withdrawl of Motion to Request Full Decision Making Authority Regarding
the Children Based Upon Petition Dr. Vikki L Lane's Failure to Fulfill her Responsibilities as well as Requesting the
Court Order Dr. Vikki L Lane to Facilitate their Son Chris', Filed by Responde

11-23-09 Mediation Report, Filed

11-24-09 Minute Order Motion: Mod CC/ Decision Making Authority No appearances. Off Calendar by moving
party, Filed

11-30-09 Reject Letter -Notice of Motion: missing application for order and supporting declaration (fl-310), need
to two-hole punch and staple documents, and label exhibits

11-30-09 Notice of Motion -Child Custody-Hrg 1/19/2010, Filed by Respondent Pro Per OSC/Mot Type: Other
Issues

12-01-09 Declaration of Bruce D Glesby RE Entry of Orders After Hearing Pursuant to Local Rule 1414, Filed by
Respondent

12-01-09 Minute Order Motion to quash, etc., off calendar, Filed

12-01-09 Declaration of Carol Shick re Entry of Order After Hearing per Local Rule 1414, Amended, Filed by
Petitioner

12-07-09 Resp Decl to OSC/Notice of Motion, Filed by Respondent Pro Per

12-07-09 Opposition to Motion for Joinder for Penobscot Enterprises Defined Benefit Pension Trust, Filed by
Respondent Pro Per

12-07-09 Declaration of Respondent in Opposition to Motion for Joinder for Penobscot Enterprises Defined
Benefit Pension Trust, Filed by Respondent Pro Per

12-07-09 Status Report to Court RE Joint Custody and Decision Making RE Chris and Theresa Lane, Filed by
Respondent Pro Per

12-07-09 Declaration of Carol Shick re Entry of Order After Hearing per Local Rule 1414

, Filed by Petitioner

12-07-09 Findings & Order After Hearing re Motions for Sanctions Against Vikki Lane and Bruce Glesby

, Filed by Petitioner

12-07-09 Findings & Order After Hearing re Motions for Sanctions Against Bruce D Glesby, Filed by Petitioner

12-07-09 Declaration of Carol Shick re Entry of Order After Hearing per Local Rule 1414

, Filed by Petitioner

12-07-09 Findings & Order After Hearing re Motion for Modification of Child Support, Filed by Petitioner

12-07-09 Declaration of Respondent in Recording Order From November 10, 2009 Hearing, Filed by Respondent Pro Per

12-08-09 Notice of Motion -Hrg 01-05-2010; Oppose Joinder, Filed by Respondent Pro Per OSC/Mot Type: Other Issues

12-08-09 Document: -Respondent's Motion in Opposition to Request for Joinder for Penobscot Enterprises Defined Benefit Pension Trust, Filed by Respondent Pro Per OSC/Mot Type: Other Issues

12-08-09 Declaration of Respondent in Motion to Oppose Request for Joinder for Penobscot Enterprises Defined, etc, Filed by Respondent Pro Per

12-09-09 Notice of Motion -Hrg 12-29-2009; Delinquency, Filed by Respondent Pro Per OSC/Mot Type: Other Issues

12-11-09 Resp Decl to OSC/Notice of Motion, Filed by Petitioner

12-11-09 Memorandum of Points & Authorities in Opposition to Respondent's Motion to Avoid Imposition of Penalties, etc, Filed by Petitioner

12-11-09 Declaration of Bruce D Glesby, Filed by Petitioner

12-15-09 Declaration of Judge Thomas P Anderle in Repsonse to Respondent's Motion to Request Recusal or Removal, Filed

12-17-09 Clerk's Certificate of Mailing - Declaration of Thomas P Anderle, Filed

12-18-09 Memorandum of Points & Authorities in Opposition to Respondent's Motion to Oppose Joinder, Filed by Petitioner

12-18-09 Resp Decl to OSC/Notice of Motion, Filed by Petitioner

12-18-09 Proof of Service of Summons (Joinder), Request for Joinder of Employee Benefit Plan and Order, etc, Filed by Petitioner

12-18-09 Summons -Joinder, Filed by Petitioner

12-18-09 Notice of Lodging of Deposition of Patricia Lane, Filed by Petitioner

12-18-09 Document: Deposition of Patricia Lane ---Lodged Document Returned on 6/3/2010--, Returned to Submitting Party

12-21-09 Resp Decl to OSC/Notice of Motion, Filed by Respondent Pro Per

12-21-09 Opposition to Petitioner's Response to Motion Dismiss the Attached Notice of Delinquency or a Hearing in the Matter, Filed by Respondent

12-21-09 Notice of Motion -Hrg 01-05-2010; Removal of Biased Judge, Filed by Respondent Pro Per OSC/Mot Type: Other Issues

12-21-09 Document: -Respondent's Motion to Request the Recusal or Removal of Justice Thomas Anderle from this Case Due to Extreme, etc, Filed by Respondent Pro Per

12-21-09 Declaration for Motion to Request the Recusal or Removal of Justice Thomas Anderle from this Case, etc, Filed by Respondent Pro Per

12-22-09 Req for Joinder/Empl Benefit Plan, Amended, Filed by Petitioner

12-22-09 Plead on Joinder-Empl Benefit Plan, Amended, Filed by Petitioner

12-23-09 Minute Order - Judge Gay Conroy of Ventura Superior Court has been assigned to rule on 170.1, Filed

12-28-09 Points & Authorities Respondent's Opposition to Petitioner's Response to Motion for Opposition to Requet for Joinder for Penobscot Enterproses Defined Benefit Pension Trust, Filed by Respondent Pro Per

12-28-09 Declaration of Patricia E Lane in Opposition of Petitioner's Request for Joinder of Pension Plan of the Penobscot Enterprises Inc Defined Benefit Pension Trust, Filed by Respondent Pro Per

12-28-09 Declaration of Robert M Lane in Opposition to Petitioner's Request for Joinder of Pension Plan of the Penobscot Enterprises Inc Defined Benefit Pension Trust, Filed by Respondent Pro Per

12-29-09 Minute Order Motion:Delinquency continued to 1/26/10, 10:30 am, Filed

12-31-09 Notice of Continuance of Hearing on Robert Lane's Motion Requesting Either Dismissal of Notice of Delinquency or Hearing, Filed by Petitioner

01-05-10 Minute Order Motion:Oppose Joinder & Motion:Removal of Biased Judge conti nued to 1/26/10, 10:30 am, Filed

01-05-10 Notice of Motion -Motion to Compel Discovery-Hrg 2/2/2010, Filed by Respondent Pro Per OSC/Mot Type: Other Issues

01-06-10 Notice of Motion -Motion to Compel-Hrg 1/26/2010, Filed by Respondent Pro Per OSC/Mot Type: Other Issues

01-06-10 Notice of Appeal, Filed

01-07-10 Clerk's Certificate of Mailing, Filed

01-08-10 Opposition to Petitioner's Response to Moion to Request Full Decision Making Authority Regarding the Children Based Upon Petitioner Dr Vikki L Lane's Failure to Fulfill Her Responsibilities as we as Requesting the Court Order Dr Vikki L Lane to Facilitate their son Chris' C, Filed by Respon

01-08-10 Declaration for Motion to Request Full Decision Making Authority Regarding the Children Based Upon Petition Dr Vikki L Lane's Failure to Fulfill Her Responsibilities as well as Requesting the Court Order Dr Vikki L Lane to Facilitate their Son Chris' Communication with, Filed by Respondent

01-08-10 Resp Decl to OSC/Notice of Motion, Filed by Petitioner

01-11-10 Reject Letter -Appellant's Notice Designating Record on Appeal -Filing Fee $975 for RT/ Must Comply with CRC 8.122, Returned to Submitting Party

01-13-10 Opposition to Petitioner's Response to Motion to Request full Decision Making Authority Regarding the Children Based Upon Petitioner Dr Vikki L Lane's Failure to Fulfill Her Responsibilities as well as Requesting the Court Order Dr Vikki L Lane to etc, Filed by Respondent Pro Per

01-13-10 Declaration Respondent's Further Opposition to Petitioner's Response to Motion to Request Full Decision Making Authority Regarding the Children Based Upon Petitioner Dr Vikki L Lane's Failure to Fulfill her Responsibilities as we as Requesting the Court Order etc, Filed by Respondent Pro Pe

01-19-10 Resp Decl to OSC/Notice of Motion, Filed by Petitioner

01-19-10 Declaration of Marisa K Beuoy in Opposition to Respondent Robert Lane's Motion to Compel Petitioner Dr Vikki L Lane to Respond to Discovery (Request for Production of Documents) and Request for Sanctions, Filed by Petitioner

01-19-10 Minute Order Motion: CC con't by court to 2-09-10 10:30 am D3 Ms. Buoy to give notice, Filed

01-19-10 Resp Decl to OSC/Notice of Motion, Filed by Petitioner

01-19-10 Declaration of Marisa K Beuoy in Opposition to Respondent Robert Lane's Motion to Compel Petitioner Dr Vikki L Lane to Respond to Discovery (Special Interrogatories) and Request for Sanctions, Filed by Petitioner

01-19-10 Ruling on Motion for Disqualification, Filed

01-19-10 Certificate of Mailing - Ruling on Motion for Disqualification, Filed

01-21-10 Notice of Continuance of Hearing on Robert Lane's Motion Opposing Joinder of Penobscot Enterprises Defined Benefit Pension Trust, Filed by Petitioner

01-21-10 Notice of Continuance of Hearing on Robert Lane's Motion for Modification of Custody, Filed by Petitioner

01-22-10 Stipulation & Order to Continue Respondent Robert Lane's Motion to Compel Vikki Lane to Further Respond to Special Interrogatories, Filed by Petitioner

01-25-10 Declaration -Additional Declaration in Opposition to Notice of Delinquency, Filed by Respondent Pro Per

01-25-10 Declaration of Patricia E Lane In Opposition of Petitioner's Request for Joinder of Pension Plan of the Penobscot Enterprises Inc Defined Benefit Pension Trust, Filed by Respondent Pro Per

01-26-10 Minute Order Motion:Compel cont to 2/2/10, 10:30 am; Mot: Delinquency den Joinder granted; Mot: Removal Judge denied by Ventura Judge, Filed

02-01-10 Reply -Response to Petitioner's Opposition to Motion to Compel Petitioner Dr Vikki L Lane to Respond to Special Interrogatories and Request for Sanctions, Filed by Respondent Pro Per

02-01-10 Declaration of Robert Lane with Regard to Respondent's Motion to Compel Petitioner Dr Vikki L Lane to Respond to Special Interrogatories and Request for Sanctions, Filed by Respondent Pro Per

02-01-10 Response to Petitioner's Opposition to Motion to Compel Petitioner Dr Vikki L Lane to Respond to Discover Request and Request for Sanctions, Filed by Respondent Pro Per

02-01-10 Declaration of Robert Lane with Regard to Respondent's Motion to Compel Petitioner Dr Vikki L Lane to Respond to Discovery Requests and Request for Sanctions, Filed by Respondent Pro Per

02-01-10 Proof of Service -Responsive Decl of Marisa K Beuoy and Memorandum of Points & Authorities, etc, Amended, Filed by Petitioner

02-02-10 Minute Order Motion: Compel and Motion:Compel Discovery con't per party to 2-09-10 10:30 am D3, Filed

02-02-10 Notice of Ruling RE Respondent's Motion Opposing Joinder, Filed by Petitioner

02-02-10 Notice of Ruling RE Respondent's Motion to Dismiss Notice of Delinquency, Filed by Petitioner

02-02-10 Notice of Ruling RE Respondent's Hearing on Motion for Removal of Judges for Bias, Filed by Petitioner

02-02-10 Notice of Continuance of Hearings on Robert Lane's Motions to Compel Discovery, Filed by Petitioner

02-03-10 Notice (Appellant's) Designating Record on Appeal, Filed by Respondent Pro Per

02-03-10 Notice of Transmission of Exhibits to Reviewing Court - The 2nd District Court of Appeals etc, Filed by Respondent Pro Per

02-04-10 Document: Additional Exhibits-Respondent's Additional Response to Petitioner's Opposition to Motion to Compel Petitioner Dr Vikki L Lane to Respond to Special Interrogatories and Request for Sanctions, Filed by Respondent Pro Per

02-05-10 Response -Respondent's Additional Response to Petitioner's Opposition to Motion to Compel, etc, Filed by Respondent Pro Per

02-05-10 Status Report on His Financial Situation, Filed by Respondent

02-09-10 Notice of Motion -Hrg 03-09-2010; Attorne Fees & Costs, Filed by Petitioner OSC/Mot Type: Other Issues

02-09-10 Minute Order Mot: CC con't to 2/10/10 8:30 am D3. Resp's mot for Pet to respond to special interrogatories and reqeust for sanctions deneid. Pet awarded $2,000. Resp's mot to compel production of documents denied. Pet not awarded any additional sanctions, Filed

02-10-10 Minute Order Motion: CC Denied Deft's mot for modification of custody and visitation denied. Contempt trial set 2/22/10 to 2/25/10. P-Atty and Resp noticed at today's hrg to appear for contempt trial on 2/22/10 at 9:00 am in D3, Filed

02-10-10 Ex Parte Motion to Request the Court Appoint a Public Defender, ExParte App? Y, Filed by Respondent Pro Per

02-10-10 Declaration re Ex Parte Notice, Filed by Respondent Pro Per

02-10-10 Order re Ex Parte for Appointment of Public Defender, Denied, Filed by Respondent Pro Per

02-18-10 Trial Brief -Re Contempt Proceeding, Filed by Petitioner

02-18-10 Proof of Service -Order to Show Cause-served 5/29/2009, Filed by Petitioner

02-19-10 Motion in Limine No. 1 Requesting the Court to Apoint an Independent Expert to Evaluate Robert's Ability to Pay on Hearing on Order to Show Cause for Contempt, Filed by Respondent Pro Per OSC/Mot Type: Other Issues

02-19-10 Brief /Respondent's Opending Brief for Hearing on Order to Show Cause for Contempt, Filed by Respondent Pro Per

02-19-10 Request to Conditionally Appear as Counsel of Record and to Continue Hearings Scheduled 02-22-2010, Filed

02-19-10 Clerk's Certificate of Mailing /Appellant's Notice Designating Record on Appeal, Filed

02-19-10 Notice of Appeal entered 2-9/2010, Filed by Respondent Pro Per

02-19-10 Notice of Appeal entered 1-26-2010, Filed by Respondent Pro Per

02-19-10 Clerk's Certificate of Mailing /Notice of Appeal, Filed

02-22-10 Minute Order First day of Court trial on OSC re contempt not held. Set for OSC:Contempt on 3/9/10, 10:30 am by request of PD.  Respondent waived time.

, Filed

02-23-10 Resp Decl to OSC/Notice of Motion, Filed by Respondent Pro Per

02-23-10 Opposition -Respondent's Opposition to Petitioner's Motion for Legal Fees and Points and Authorities, Filed by Respondent Pro Per

02-23-10 Designation -Appellant's Notice Designating Record on Appeal -For Appeal filed 02-19-2010 / for order 01-26-10, Filed

02-25-10 Objection -Petitioner Vikki Lane's Objection to and Request to Strike the Second Opposition Filed by Robert M Lane in Opposition to Petitioner's Motion, etc, Filed by Petitioner

02-26-10 Req: Waive Court Fees, ExParte App? Y, Filed by Respondent Pro Per

02-26-10 Req: Waive Additional Court Fees, ExParte App? Y, Filed by Respondent Pro Per

02-26-10 Summons for Joinder w/Proof of Service, Filed by Petitioner

02-26-10 Designation -Appellant's Notice Designating Record on Appeal -For Appeal filed 02-19-10/ for order 2-9-10, Filed

03-01-10 Notification to the Court of the Unavailability of Robert M Lane, Filed by Respondent Pro Per

03-01-10 Request for Court's Permission to Accept Supplemental or Replacement Response to Petitioner's Refiled Motion for Legal Fees on Appeal, Filed by Respondent Pro Per

03-01-10 Declaration in Support of Request for Court's Permission to Accept Supplemental or Replacement Response to Petitioners Refiled Motion for Legal Fees on Appeal, Filed by Respondent Pro Per

03-01-10 Ord: Court Fee Waiver (Sup Ct) - Hrg set for 3/23/10, Filed by Respondent Pro Per

03-02-10 Declaration of Carol Shick re Entry of Order After Hearing per Local Rule 1414, Filed by Petitioner

03-03-10 Reject Letter -Request for Entry of Default-Questionable Service on Summon for Joinder, Pension Plan is not named on the Proof

03-03-10 Declaration of Carole Shick re Entry of Order After Hearing per Local Rule 1414, Filed by Petitioner

03-04-10 Notice of Motion -Hrg 04-12-2010; Motion to Declare Robert Lane as Vexatious Litigant, Filed by Petitioner OSC/Mot Type: Other Issues

03-05-10 Findings & Order After Hearing re Motion for Modification of Child Custody, Filed by Petitioner

03-05-10 Findings & Order After Hearing re Motion to Modify Child Support, Filed by Petitioner

03-05-10 Findings & Order After Hearing re Motion to Compel Discovery (Interrogatories), Filed by Petitioner

03-05-10 Declaration of Carol Shick re Entry of Order After Hearing per Local Rule 1414, Filed by Petitioner

03-05-10 Findings & Order After Hearing re Motion to Compel Discovery (Request for Documents), Filed by Petitioner

03-05-10 Declaration of Carol Shick re Entry of Order After Hearing per Local Rule 1414, Filed by Petitioner

03-05-10 Notice of New Hearing Date on Petitioner Vikki Lane's Motion for Declaration of Respondent Robert Lane as a Vexatious Litigant and for Pre-Filing Order, Filed by Petitioner

03-08-10 Notice of Motion -Motion to Strike-Hrg 4/6/2010, Filed by Respondent Pro Per OSC/Mot Type: Other Issues

03-08-10 Motion to Strike False and Misleading Statements from Petitioner Vikki L Lane's Trial Brief Re Contempt Proceedings and Request for Sanctions, Filed by Respondent Pro Per

03-08-10 Declaration of Robert M Lane in Support of Respondent's Motion to Strike False and Misleading Statements from Petitioner Vikki L Lane's Trial Brief Re Contempt Proceeding and Request for Sanctions, Filed by Respondent Pro Per

03-09-10 Minute Order OSC re contempt to trail for hearing; Motion: Fees granted $15,000 by March 19, Filed

03-09-10 Notice of Appeal, Filed

03-10-10 Proof of Service of Amended Summons (Joinder), Filed by Petitioner

03-10-10 Request for Entry of Default -Penobscot Enterprises Inc Defined Benefit Pension Plan, Filed by Petitioner

03-11-10 Clerk's Certificate of Mailing, Filed

03-11-10 Reject Letter - Application for Writ and Writ of Execution returned - Need to submit an Application and Order; Need to submit a writ for each money judgment since they were entered on different dates, Filed

03-15-10 Reject Letter - Application for Writ and Writ of Execution returned - Need to submit Order with Application; Penalty Fee not Included in Total Writ Amount but used to Calculate the Daily Interest

03-16-10 Notice of Motion -Hrg 04-20-2010; Approval of QDRO, Filed by Petitioner OSC/Mot Type: Other Issues

03-18-10 Notice of Stay of Respondent Robert Lane's Motion to Strike Portions of Petitioner Vikki Lane's Trial Brief, etc, Filed by Petitioner

03-19-10 Application for Writ of Execution ; Declaration of Marisa K Beuoy re Accrual of Interest and Penalties; Order thereon, Granted, ExParte App? Y, Filed by Petitioner

03-19-10 Writ of Execution in the amount of $450,259.82 (San Francisco County), Issued by Petitioner

03-19-10 Notice of Lodging of Deposition of Dr Vikki L Lane Note:  On 11/12/10, this document was sought, but it appeared that it must have been returned to the provider thereof, but on an unknown date.

, Filed by Respondent Pro Per

03-22-10 Notification of Petitioner's Failure to Engage in Mandatory Settlement Attempt as Required Under Local Rule 1413, Filed by Respondent Pro Per

03-22-10 Designation -Appellant's Notice Designating Record on Appeal, Filed

03-23-10 Minute Order Hearing: R's fee waiver continued to 4/6/10, 10:30 am, Filed

03-23-10 Request of Reporters for Pay - Tara A Sandford CSR Amt $40.00, Filed

03-25-10 Notice of Default - Reporter's Transcript fee, Filed

03-26-10 Resp Decl to OSC/Notice of Motion, Filed by Respondent Pro Per

03-29-10 Return Receipt Exhibits-Court of Appeal., Filed

03-29-10 Receipt -Court of Appeal., Filed

04-01-10 Ex Parte Application to Dismiss Contempt Charges and Cancel Hearing During Pendency of Appeal and Request for Sanctions of $5K for Petitioner's Harassment of Respondent; HRG: 4/1/10, ExParte App? Y, Filed by Respondent Pro Per

04-01-10 Declaration re Ex Parte Notice, Filed by Respondent Pro Per

04-01-10 Declaration - Respondent's Declaration for Ex Parte Motion to Dismiss Contempt etc.,, Filed by Respondent Pro Per

04-01-10 Request - Respondent's Request for Renewal for an Additional Six Months of Fee Waiver for All Fees in Superior Court in SB County, Filed by Respondent Pro Per

04-01-10 Opposition - Memorandum of P's and A's in Opposition to Robert M Lane's Ex Parte Motion to Dismiss the Contempt Trial While His Appeal is Pending, Filed by Petitioner

04-01-10 Order on Ex Parte Motion to Dismiss Contempt Charges and Cancel Hrg. During Pendency of Appeal and Request for Sanctions of $5K for Petitioner's Harassment of Respondent, Denied, Filed by Respondent Pro Per

04-05-10 Resp Decl to OSC/Notice of Motion, Filed by Respondent Pro Per

04-05-10 Opposition to Petitioner's Request for Approval of QDRO, Filed by Respondent Pro Per

04-06-10 Minute Order Motion to strike denied; further fee waiver also denied, Filed

04-06-10 Notice of Motion -Removal-Biased Judge-Hrg 5/11/2010, Filed by Respondent Pro Per OSC/Mot Type: Other Issues

04-06-10 Motion to Request the Recusal or Removal of Justice Thomas Anderle from this Case Due to Extreme Judicial Bias and The Lack of Impartiality, Filed by Respondent Pro Per

04-06-10 Declaration in Support of Motion to Request the Recusal or Removal of Justice Thomas Anderle from this Case Due to Extreme Judicial Bias and The Lack of Impartiality, Filed by Respondent Pro Per

04-06-10 Memorandum of Points & Authorities in Reply to Opposition to Motion for Declaration of Respondent Robert M Lane as Vexacious Litigant and for Prefiling Orders, Filed by Petitioner

04-08-10 Motion in Limine No 1 Requesting the Court to Appoint an Independent Expert to Evaluate Robert's Ability to Pay on Hearing on OSC for Contempt, Filed by Respondent Pro Per OSC/Mot Type: Other Issues

04-08-10 Motion in Limine No 2 Requesting the Court to Admit Deposition Testimony of Unavailable Witnesses in Lieu of Testimony on OSC Contempt, Filed by Respondent Pro Per OSC/Mot Type: Other Issues

04-08-10 Motion in Limine No 3 Requesting Jury Trial Under Michigan Law in Hearing or New Judge on OSC for Contempt, Filed by Respondent Pro Per OSC/Mot Type: Other Issues

04-08-10 Motion in Limine No 4 Requesting the Court to Stay or Postpone the Contempt Hearing Until Respondent's Request to Disqualify Judge Under CA Code 170.0 is Acted Upon, Filed by Respondent Pro Per OSC/Mot Type: Other Issues

04-08-10 Motion in Limine No 5 Strike False and Misleading Statements from Petitioner Vikki Lane's Trial Brief Re Contempt Proceeding and Request for Sanctions, Filed by Respondent Pro Per OSC/Mot Type: Other Issues

04-08-10 Brief -Respondent's Opening Brief for Hearing on OSC for Contempt, Filed by Respondent Pro Per

04-12-10 Minute Order Court Trial on Contempt - Day 1 Held. Con't to 4/13/10 @ 1:30 pm D3, Filed

04-12-10 Document: Deposition of Vikki L Lane, Returned to Court by Respondent Pro Per

04-13-10 Receipt -Reporter's Estimate for Reporter's Transcript, Filed

04-13-10 Clerk's Certificate of Mailing, Filed

04-13-10 Reply Declaration of Marisa K Beuoy in Support of Motion to Approve Qualified Domestic Relations Order for Support, Filed by Petitioner

04-13-10 Minute Order Court Trial on Contempt - Day 2 Held. Con't to 4/14/10 @ 9am D3, Filed

04-13-10 Minute Order Motion: Declare R Lane (Father) as Vexatious Litigant Denied without prejudice. Father given Vexatious Litigant's Warning. See MO For Ct's full ruling, Filed

04-14-10 Trial Brief Petitioner Vikki Lane's Supplemental Trial Brief re Contempt Proceedings, Filed by Petitioner

04-14-10 Minute Order Court Trial on Contempt - Day 3 Held. Con't to 4/15/10 @ 9am D3, Filed

04-14-10 Declaration of Bruce D. Glesby in Support of Petitioner's Request for Sanctions on the Order to Show Cause re Contempt, Filed by Petitioner

04-15-10 Minute Order Contempt Court Trial Day Four Held. Con't to 4/16/10 9 am D4 for Day 5, Filed

04-15-10 Request for Judicial Notice in the OSC Contempt Hearing, Filed by Respondent Pro Per

04-15-10 Request For The Court to Read and Take Notice of Portions of the Depositions of Duane Bernard, Boulder Investment Trust Trustee and Matthew Lane, Riverbend Ranch TrustI Trustee in Lieu of Reading the Deposition Testimony in Court to Enter it into the Court Record, Filed by Respondent Pro Pe

04-16-10 Minute Order Day 5 Contempt Ct Trial.Held. Court Found Citee in Contempt on all 6 Counts. Sentenced to 3 days and $500 per Count, for total of 18 Days SBCJ to commence forthwith and $3000 in fines. See MO for further details., Filed

04-16-10 Document: Decision on Contempt, Filed

04-20-10 Minute Order Motion: Approval of QDRO con't by ct as resp unavailable to 5/11/10 10:30 am D3. Petit to give notice, Filed

04-22-10 Notice of Continuance of Hearing on Petitioner Vikki Lane's Motion for Approvals of QDRO, Filed by Petitioner

04-29-10 Notification to the Court of the Unavailability of Robert M Lane, Filed by Respondent Pro Per

05-04-10 Notification of Estimated Costs on Preparing Clerk's Transcript on Appeal, Filed

05-04-10 Document: Reporter's Affidavit., Filed

05-11-10 Minute Order QDRO approved, Filed

05-11-10 Qualified Domestic Relations Order for Child Support for Penobscot Enterprises Inc defined Benefit Pension Trust, Filed by Petitioner

05-13-10 Proof of Service by Mail -Qualified Domestic Relations Order for Child Support for Penobscot Enterprises Inc, etc, Filed by Petitioner

05-13-10 Notice of Appeal, Filed by Respondent Pro Per

05-14-10 Clerk's Certificate of Mailing re Notice of Appeal, Filed

05-14-10 Req: Waive Court Fees, Filed by Respondent Pro Per

05-14-10 Ord: Court Fee Waiver (Sup Ct) (Court of Appeal), Denied, Filed by Respondent Pro Per

05-14-10 Clerk's Certificate of Mailing re Request to Waive Court Fees; Order on Court Fee Waiver, Filed

05-17-10 Designation - Appellant's Notice Designating Record on Appeal, Filed by Respondent Pro Per

05-20-10 Notice Specifying Original Exhibits to be Transmitted to Reviewing Court, Filed by Petitioner

05-20-10 Notice of Default [Reporter's Transcript Fee], Filed

05-27-10 Notice of Transmittal of Exhibits to Court of Appeal 2nd Appellate District, Filed

06-02-10 Receipt cost of reporter's transcripts., Filed

06-02-10 Clerk's Certificate of Mailing, Filed

06-07-10 Clerk's Certificate of Mailing Amended, Filed

06-09-10 Declaration Re Edntry of Order After Hearing Per Local Rule 1414, Filed by Petitioner

06-10-10 Notice notice of appeal, Filed

06-10-10 Notice Appellant's designating record on appeal., Filed

06-11-10 Clerk's Certificate of Mailing, Filed

06-22-10 OSC & Declaration re Contempt - Hrg 8/3/10, Filed by Petitioner OSC/Mot Type: Other Issues

06-24-10 Subpoenaed Records Received - Chatham Capital Corp Returned to submitting party (P-Atty)

, Returned to Submitting Party

06-29-10 Proof of Service As to Robert Lane on Order to Show Cause and Affidavit for Contempt; Afidavit of Facts Constituting Contempt; Income and Expense Declaration by Personal Service Effective 06/23/2010, Filed by Petitioner

07-29-10 Ex Parte Application /Motion for Relief, ExParte App? Y, Filed by Respondent

07-29-10 Declaration re Ex Parte Notice, Filed by Respondent

07-29-10 Declaration of Bruce D Glesby in Opposition to Respondent's Ex Parte Request to Change the Arraignment and Delay Trial in the Contemp Matter, Filed by Petitioner

07-29-10 Order After Hearing - Ex Parte - Cont to 9/7/10, Filed by Respondent

08-03-10 Minute Order OSC:Contempt continued to 9/7/10, 10:30 am, Filed

08-23-10 Affidavit of Reporter re Reporter's Request for Payment, Filed

08-23-10 Affidavit or Reporter re Reporter's Request for Payment, Filed

08-23-10 Notification of Estimated Costs on Preparing Clerk's Transcript on Appeal, Filed

08-23-10 Document: re Invoice on Appeal Transcript, Filed

08-30-10 Resp Decl to OSC/Notice of Motion, Filed by Respondent

09-01-10 Declaration of Bruce Glesby in Reply to Respondent's Responsive Declaration to Petitioner's OSC re Contempt, Filed by Petitioner

09-01-10 Memorandum of Points & Authorities in Reply to Respondent Robert Lane's Responsive Declaration to Petitioner Vikki Lane's OSC re Contempt, Filed by Petitioner

09-07-10 Income & Expense Declaration, Filed by Respondent

09-07-10 Affidavit of Bruce D Glesby re Due and Unpaid Child Support, Accrued Interest and Penalties, Filed by Petitioner

09-07-10 Writ of Execution in the amount of $224,004.61 (Santa Barbara County), Issued by Petitioner

09-07-10 Proof of Personal Service As to Robert Lane on Notice of Motion for Turnover of Assets; Orders Requested, Application and Supporting Declaration of Vikki Lane, Declaration of Bruce S Glesby, Memornadum of Points of Authorities, Filed by Petitioner

09-07-10 Notice of Motion Turnover of Assets - Hrg 10/05/2010, Filed by Petitioner OSC/Mot Type: Other Issues

09-07-10 Minute Order Respondent arraigned; waived time through October 31; Est 1- DCT on Contempt to be set, Filed

09-20-10 Notice of Motion to Quash Subpoena--Hrg 10-12-2010, Filed by Respondent OSC/Mot Type: Other Issues

09-20-10 Notice of Motion to Dismiss Contempt--Hrg 10-12-2010, Filed by Respondent OSC/Mot Type: Other Issues

09-22-10 Resp Decl to OSC/Notice of Motion -Hrg 10-5-2010, Filed by Respondent

09-22-10 Proof of Service as to Responsive Declaration--Hrg 10-2-2010, Filed by Respondent

09-28-10 Memorandum of Points & Authorities in Opposition to Robert M Lane's Motion to Dismiss Vikki Lane's Second OSC Re Contempt Proceeding - Hrg 10/12/2010, Filed by Petitioner

09-29-10 Memorandum of Points & Authorities in Reply to Respondent Robert Lane's Responsive Declaration to Petitioner Vikki Lane's Motion etc, Filed by Petitioner

10-05-10 Minute Order Motion: Turnover of assets granted, Filed

10-05-10 Declaration of Marisa K Beuoy in Opposition to Motion to Quash Subpoena Issued September 2 2010, Filed by Petitioner

10-05-10 Declaration of Robert M Lane in Further Response to Motion, Filed by Respondent

10-07-10 Return Receipt - Exhibits, Filed

10-07-10 Receipt - Exhibits Requested: 1,2,3,40 & 508 - Previously Mailed to Court of Appeal 2/25/10, Filed

10-07-10 Return Receipt Record on Appeal, Filed

10-07-10 Receipt - Five Volumes: Clerk's Transcript of Record on Appeal - Four Volumes: Reporter's Transcript of Record on Appeal, Filed

10-07-10 Receipt Five Volumes: Clerk's Transcript of Record on Appeal, Filed

10-07-10 Return Receipt Record on Appeal, Filed

10-07-10 Receipt - Volume One: Clerk's Transcript of Record on Appeal - Plus Confidential Envelope, Filed

10-07-10 Return Receipt Record on Appeal (B-221646) 1 of 2, Filed

10-07-10 Return Receipt Record on Appeal (B-221646) 2 of 2, Filed

10-07-10 Receipt - Eight Volumes: Clerk's Transcript of Record on Appeal - Two Volumes: Reporter's Transcript of Record on Appeal, Filed

10-08-10 Notice of Change of Address as to Robert M Lane, Filed by Respondent Pro Per

10-12-10 Minute Order Motion to dismiss contempt denied; motion to quash denied as moot, Filed

10-19-10 Minute Order Trial on OSC-Contempt 11/12/10, 8:30 am, etc., Filed

10-25-10 Notice of Motion to Quash Subpoena Prot Order --Hrg 11-9-2010, Filed by Respondent OSC/Mot Type: Other Issues

10-29-10 Resp Decl to OSC/Notice of Motion, Filed by Petitioner

11-01-10 Objection Written Objections to Notice to Appear and Product in lieu of Supboena in Connection with Petitioner's 2nd OSC re Contempt, Filed by Petitioner

11-02-10 Reply Respondent's Reply to Response to Motion to Squash Subpoena - Hrg 11/09/2010, Filed by Respondent

11-05-10 Declaration re Entry of Order After Hearing Per Local Rule 1414, Filed by Petitioner

11-05-10 Opposition by Respondent to Entry of Order After Hearing of October 19, 2010, Filed by Respondent

11-05-10 Order After Hearing on Petitioner's 2nd OSC re Contempt, Filed by Petitioner

11-09-10 Minute Order Motion to quash subpoena granted, no sanctions, Filed

11-10-10 Brief --Petitioner's Vikki Lane's Trial Brief re 2nd Contempt Proceeding, Filed by Petitioner

11-10-10 Notice of Appeal, Filed by Respondent Pro Per

11-10-10 Notice Appellant's Designating Record on Appeal, Filed by Respondent Pro Per

11-12-10 Minute Order OSC: Contempt; Court found Respondent in contempt on Counts 1-12, 14-16 & 18-19, sentenced him to jail for 3 days each of 17 counts (total 51 days), Stayed to 2/15/11. Continued to 2/15/11, 10:30 am, for sentencing on contempt of court.

, Filed

11-12-10 Request to take judicial notice at trial [Evid. C. Sec. 452-453], Filed by Petitioner

11-12-10 Document: Decision on Contempt, Filed

11-12-10 Document: Appellant Proof of Delivery to Jackson, WY, Filed

11-12-10 Clerk's Certificate of Mailing Notice of Appeal filed 11-10-10, Filed

11-12-10 Notice of Default - Reporter's Transcript Fee, Filed

11-12-10 Return Receipt Record on Appeal - Appellant 1 of 2, Filed

11-12-10 Document: Proof of Delivery - Appellant 1 of 2, Filed

11-12-10 Return Receipt Record on Appeal - Appellant 2 of 2, Filed

12-02-10 Clerk's Certificate of Mailing - Designations, Filed

12-14-10 Notice of Appeal, Filed by Respondent Pro Per

12-15-10 Affidavit of Reporters Request for Payment/Tara A Sandford, Filed

12-15-10 Clerk's Certificate of Mailing /Notice of Appeal, Filed

02-02-11 Designation - Appellant's Notice Designating Record on Appeal, Filed

02-02-11 Clerk's Certificate of Mailing - Designations, Filed

02-14-11 Status Report, Filed by Respondent

02-14-11 Declaration of Patricia Lane, Filed by Respondent

02-14-11 Declaration of Robert Lane, Filed by Respondent

02-14-11 Declaration of Petitioner Vikki Lane Child Support Payment Made by Respondent Robert Lane etc, Filed by Petitioner

02-15-11 Minute Order Court imposed penalty and remanded Respondent; LATER Respond ent's atty paid P's atty & R released; execution stayed; OSC to 3/1/11, 10:30 am, Filed

02-23-11 Order on Dismissal, Filed

03-01-11 Minute Order OSC:Contempt off calendar, Filed

03-02-11 Affidavit of Reporter, Filed

03-10-11 Order, Filed

04-13-11 Memorandum of Costs on Appeal, Filed by Petitioner

04-25-11 Proof of Service of Memorandum of Costs on Appeal, Filed by Petitioner

04-29-11 Notice of Non-availability, Filed by Respondent

05-10-11 Notification of Estimated Costs on Preparing Clerk's Transcript, Filed

05-18-11 Notice of Filing Remittitur, Filed

05-18-11 Remittitur, Filed

05-18-11 Opinion, Filed

05-18-11 Notice of Filing Remittitur - Dismissed, Filed

05-18-11 Remittitur, Filed

05-18-11 Order Dismissing Appeal, Filed

05-26-11 Ex Parte Application /Motion for Ex Parte Order Shortening Time, ExParte App? Y, Filed by Respondent

05-26-11 Declaration re Ex Parte Notice, Filed by Respondent

05-26-11 Proof of Service - Ex Parte Application, Filed by Respondent

05-26-11 Notice of Motion re Summer Vacation and Telephonic Communication - Hrg 6/14/11, Filed by Respondent OSC/Mot Type: Other Issues

05-26-11 Notice of Mediation, Filed by Respondent

06-07-11 Resp Decl to OSC/Notice of Motion, Filed by Petitioner

06-10-11 Reply by Respondent to Responsive Pleadings, Filed by Respondent

06-10-11 Declaration of Robert Lane, Filed by Respondent

06-13-11 Stipulation & Order re Waiver of Mediation, Filed by Respondent

06-14-11 Minute Order Summer Vacation/Telephonic Communication Granted in part, Filed

07-25-11 Remittitur, Filed

07-25-11 Opinion, Filed

07-25-11 Notice of Filing Remittitur -Appeal from Judgmt/order-Affirmed, Filed

09-13-11 Notice-Withdraw as Atty of Record, Filed by Respondent

02-10-12 Return Receipt Record on Appeal/Appellant, Filed

02-10-12 Receipt Proof of Delivery 5 CT & 4 RT/Respondent, Filed

02-14-12 Remittitur (Family), Filed

02-14-12 Opinion /The Judgment is Affirmed, Filed

02-14-12 Notice of Filing Remittitur /Affirmed, Filed

02-16-12 Req: Waive Court Fees, ExParte App? Y, Filed by Respondent Pro Per

02-16-12 Ord: Court Fee Waiver (Sup Ct), Granted, Filed by Respondent Pro Per

02-16-12 Notice of Motion Re Child Custody Issues-HRG 3/13/2012, Filed by Petitioner Pro Per OSC/Mot Type: CC-Visit

02-16-12 Motion Regarding Child Custody Issues, Filed by Respondent Pro Per

02-29-12 Resp Decl to OSC/Notice of Motion -HRG 3/13/2012, Filed by Petitioner

03-06-12 Response -Respondent's Further Response on Motion RE Child Custody Issues Including Vikki's Denial etc, Filed by Respondent Pro Per

03-09-12 Mediation Report, Filed

03-13-12 Minute Order Continued to 3/20/12 at 10:30 am Dept 3; respondents motion to bifurcate--granted; motion for dad to have children for spring break--denied; plaintiff to prepare stipulation for dad to call kids at 8pm every night; ex parte set for 3/14/12 O/C, Filed

03-16-12 Status Report re Remaining Issues to Resolve Relating to Respondent's Motion re Custody -- Hrg: 03/20/2012, Filed by Petitioner

03-20-12 Minute Order Motion: CC, Denied, Filed

03-21-12 Notice of Ruling on Remaining Issues of Respondent's Notion Re Custody Issues, Filed by Petitioner

05-30-12 Return Receipt Record on Appeal/Court of Appeal, Filed

05-30-12 Receipt /Court of Appeal, Filed

05-30-12 Receipt /Respondent (Bruce Glesby) Atty, Filed

05-30-12 Return Receipt Record on Appeal/Appellant, Filed

05-31-12 Remittitur (Family), Filed

05-31-12 Opinion /Order is Affirmed, Filed

05-31-12 Notice of Filing Remittitur /Affirmed, Filed

10-09-12 Request for Order -Modification Child Support; Hrg 11-06-2012, Filed by Respondent Pro Per

10-09-12 Income & Expense Declaration, Filed by Respondent Pro Per

10-19-12 Document: Respondent's Motion to Modify Child Support Based Upon A Change in Circumstances-Provision of W-2's, Filed by Respondent Pro Per

10-22-12 Reject Letter to Robert M Lane- Proof of Service- Submit with Cover Page or use FL-335

10-24-12 Resp Decl to OSC/Notice of Motion -HRG 11/6/2012, Filed by Petitioner

10-24-12 Memorandum of Points & Authorities in Opposition to Respondent Robert Lane's Request for Order to Modify his Child Support, Filed by Petitioner

10-24-12 Income & Expense Declaration, Filed by Petitioner

10-24-12 Declaration re: Local Rule 1419, Filed by Petitioner

10-24-12 Declaration of Bruce D Glesby in Opposition to Respondent Robert Lane's Request for Order to Modify Child Support, Filed by Petitioner

10-30-12 Reply to Petitioner's Opposition to Motion to Modify Child Support Based Upon a Change in Circumstances, Filed by Respondent Pro Per

10-30-12 Declaration of Respondent in Reply to Opposition to Motion to Modify Child Support Based Upon a Change in Circumstances, Filed by Respondent Pro Per

11-02-12 Proof of Service Respondent Declaration etc, Amended, Filed by Petitioner

11-02-12 Declaration of Carol Shick Re Amended Proof of Service, Filed by Petitioner

11-06-12 Minute Order Request to modify CC/CS, Denied, Filed

01-08-13 Notice of Appeal, Filed

01-08-13 Notice of Appeal, Filed

01-11-13 Notice of Destruction of Exhibits Depositions and or Administrative Record - CCP 1952, Filed

01-11-13 Clerk's Certificate of Mailing - Notice of Appeal, Filed

01-11-13 Clerk's Certificate of Mailing - Notice of Appeal, Filed

01-24-13 Notice of Default (Family) - Designations, Filed

01-28-13 Receipt For Release of Exhibits - Petitioner's Exhibits Contempt Trial 4/12/2010, Filed

01-28-13 Receipt For Release of Exhibits - Petitioner's Exhibits Contempt Trial 11/12/2010, Filed

02-08-13 Designation - Appellant's Notice Designating Record on Appeal, Filed

02-08-13 Clerk's Certificate of Mailing  - Designations, Filed

02-08-13 Reporter's Transcript on Appeal - ESTIMATE, Filed



### DIOCESE OF CHEYENNE

Post Office Box 1468 • Cheyenne, Wyoming 82003-1468 • 307-638-1530 • Fax: 307- 637-7936

OFFICE OF THE TRIBUNAL

1
2
3
4

IN THE TRIBUNAL
OF
THE DIOCESE OF CHEYENNE

ROBERT MICHAEL LANE
    Petitioner,
    and
VIKKI LYNN LAREAU
    Respondent

Protocol No. 2010/0072

DECISION AND SENTENCE

5
6
7
8
9
10

**In the name of the Father, and of the Son, and of the Holy Spirit. Amen.**
**Seat of Wisdom. Pray for us.**

11  In the Pontificate of His Holiness, Pope Benedict XVI, and with the Most Reverend Paul
12 D. Etienne, DD, STL, Bishop of Cheyenne, the following officials of the Diocesan Tribunal have
13 been named by the Judicial Vicar as a tribunal of first instance in the case concerning the validity
14 of the marriage of ROBERT MICHAEL LANE AND VIKKI LYNN LAREAU.

15  Presiding Judge:    Reverend Thomas E. Cronkleton, Jr., JCD
16  Auditor:    Connie Kassahn
17  Defender of the Bond:    Very Reverend Samuel Hayes
18  Notary:    Linda Robbins
19

20

## I.    THE FACTS:

21  The Petitioner, Robert Michael Lane, of Jackson, Wyoming, was born on June 4, 1953, in
22 Saint Clair Shores, Michigan, and was baptized as an infant at St. Joan of Arc Catholic Church,
23 in Saint Clair Shores, Michigan, on July 5, 1953. The Petitioner married Patricia Ann Larrick on
24 March 21, 1981, at Our Lady of Victory Catholic Church in Columbus, Ohio. Ms. Larrick
25 petitioned for and received a Judgment of Civil Divorce in the Circuit Court of the Nineteenth
26 Judicial Circuit, Lake County, Illinois, on September 21, 1993. Two children were born of this
27 union, both are emancipated adults. The Diocese of Lansing declared this marriage invalid by
28 decree on March 31, 1997 (Lane-Larrick, L97/000180).

29  The Respondent, Vikki Lynn LaReau, of Santa Barbara, California, was born on June 15,
30 1960, in San Diego, California, and was baptized in the Episcopal Church.

31  The Petitioner and Respondent met in late 1995, when the Petitioner interviewed the
32 Respondent for a position in a hospital in which he served as a recruiter. The Respondent was
33 offered the position at the hospital and rejected the offer in order accept a 'more prestigious
34 position' elsewhere. The Petitioner stated that through the interview process they came to know

1  each other well. When the Petitioner traveled to Boston, where the Respondent worked, he
2  contacted the Respondent and asked her to dinner. Thus began their relationship. They spent the
3  next "year or two" in a long distance relationship, traveling back and forth, and ultimately
4  deciding to marry. The Petitioner and Respondent became engaged three months prior to the
5  wedding. The Diocese of Lansing issued a Permission for Mixed Religion and a Dispensation
6  from Canonical Form on April 10, 1997 (Rescript No. 125-97). The Petitioner and Respondent
7  married on April 19, 1997, at St. James Episcopal Church in La Hoya, California. At the time of
8  the marriage, the Petitioner was 44, and the Respondent was 37 years of age. The parties lived
9  together, off and on, approximately two years of their eleven and a half year union. A decree of
10  civil divorce was obtained on March 10, 2009, from the Superior Court of the State of California,
11  for the County of Santa Barbara (Case Number 1093841). The Respondent in this case was the
12  Plaintiff in the civil divorce. The grounds for divorce are not listed in the Divorce Decree. The
13  time from marriage ceremony to divorce was eleven and a half years. Two children were born of
14  this union, a son and daughter, both baptized Catholic. The Petitioner and Respondent share
15  joint custody.

16     The Tribunal of the Diocese of Cheyenne received a petition seeking a decree of
17  invalidity on June 18, 2010; and the competence of this tribunal has been established on the basis
18  of canon 1673, 3°, the domicile of the Petitioner. After having received the consent to
19  competence from the Judicial Vicar of the Archdiocese of Los Angeles, the domicile of the
20  Respondent, on September 9, 2010, this forum properly cited the parties in this action on
21  September 13, 2010. When the Respondent failed respond to the citation, she was declared
22  absent on October 22, 2010.

23     On October 22, 2010, the issue before this tribunal was joined with the following *dubium*
24  to be answered in this case:

25       Whether the marriage was invalid because the Respondent through a positive act
26       of the will excluded indissolubility (c. 1101 §2)?

27     The Petitioner provided oral declarations on June 2, 2010. This party named three
28  witnesses, his mother, his sister, and a friend, all of whom have cooperated with the tribunal and
29  provided testimony. The probative acts of the case were published on February 24, 2011; and
30  the case was formally concluded by decree on March 10, 2011. On April 4, 2011, the Reverend
31  Defender of the Bond presented his formal Observations.

32                    ## II.   THE LAW:

33     When a man and woman exchange vows in the wedding ceremony the presumption is
34  that they intend to enter into the marriage covenant with each other and to live the vows they
35  profess. This presumption is stated in the law of the Latin Church in canon 1101 § 1. It says:

36       The internal consent of the mind is presumed to conform to the words and signs used in
37       celebrating the marriage.[1]

38  This is an application of canon 124 §2, which says:

---

[1] *Codex Iuris Canonici Auctoritate Ioannis Pauli PP. II Promulgatus* [*CIC*] (Vatican City: Libreria Editrice Vaticana, 1989) c. 1101 § 1: "Internus animi consensus praesumitur conformis verbis vel signis in celebrando matrimonio adhibitis." Translation from *Code of Canon Law: Latin - English Edition, New English Translation* (Washington, DC: Canon Law Society of America, 1999).

1   A juridic act placed correctly with respect to its external elements is presumed valid."[2]

2   The words and signs people use, the external elements, unfortunately do not always correspond
3   to their actual intent. People lie, they deceive and they mislead others. Even in the sacred and
4   solemn act of contracting marriage, some people intend something other than what the vows and
5   ritual express. Canon 1101 § 2, therefore, states:

6       If, however, either or both of the parties by a positive act of the will exclude marriage itself,
7       some essential element of marriage or an essential property of marriage, the party contracts
8       invalidly.[3]

9   The facts, therefore, can overturn the presumption of a proper intention.

10      In the case before us, we have a question of the exclusion of the essential property of
11  indissolubility, or, as it is traditionally expressed, an intention *contra bonum sacramenti*, an
12  intention against permanence. Canon 1056 provides the essential properties of marriage. The
13  canon states:

14      The essential properties of marriage are unity and indissolubility, which in Christian
15      marriage obtain a special firmness by reason of the sacrament.[4]

16  Unity concerns the exclusivity of marriage, namely that marriage is a relationship between one
17  man and one woman and thereby excludes polygamy (both polygyny and polyandry).[5]
18  Indissolubility concerns the permanence of the bond of marriage. Canon 1134 stresses that this
19  bond of marriage is enduring. The canon states:

20      From a valid marriage there arises between the spouses a bond which by its nature is
21      perpetual and exclusive.[6]

22  A consummated, valid marriage between two baptized persons, therefore, can only be dissolved
23  by death.[7] Outside of death, there are only four situations in which the marriage bond can be
24  dissolved: the Pauline privilege,[8] the Petrine privilege,[9] the conversion of a polygamist[10] and the
25  non-consummated union.[11] In all other cases, marriage is indissoluble.

---

[2] *CIC*, c. 124 §2: "Actus iuridicus quoad sua elementa externa rite positus praesumitur validus."

[3] *CIC*, c. 1101 § 2: "At si alterutra vel utraque pars positivo voluntatis actu excludat matrimonium ipsum vel matrimonii essentiale aliquod elementum, vel essentialem aliquam proprietatem, invalide contrahit."

[4] *CIC*, c. 1056: "Essentiales matrimonii proprietates sunt unitas et indissolubilitas, quae in matrimonio christiano ratione sacramenti peculiarem obtinent firmitatem."

[5] See Pope John Paul II, *Catechism of the Catholic Church* (Vatican City: Libreria Editrice Vaticana, 1994) nn. 1643-1645 and 1664.

[6] *CIC*, c. 1134: "Ex valido matrimonio enascitur inter coniuges vinculum natura sua perpetuum et exclusivum; ..."

[7] See *CIC*, c. 1141; *CCC*, nn. 1643, 1646-1648 and 1664.

[8] See *CIC*, cc. 1143-1147, 1149-1150.

[9] For a summary of the history and the application of the Petrine Privilege see William H. Woestman, O.M.I., *Special Marriage Cases*, 3rd edition (Ottawa: Saint Paul University, 1994) 53-66. For the current legislation see Congregation for the Doctrine of the Faith, instruction *Ut notum est*, December 6, 1973: *Leges Ecclesiae*, vol. 5, col. 6701-6705, n. 4244; Translation in *Canon Law Digest*, 8: 1177-1184; Idem, instruction *Marriage Cases in Favor of the Faith*, June 13, 1989: *Roman Replies and CLSA Advisory Opinions 1990*, eds.

1    Canon 1101 § 2 stipulates that the exclusion of permanence must be done through a
2    positive act of the will. A positive act of the will involves a conscious choice. A positive act can
3    be absolute (e.g., "I don't want an indissoluble marriage which will prohibit me from marrying
4    again.") or it can be hypothetical (e.g., "If something happens, then I reserve the right to end the
5    current marriage and marry another.").[12] It can be explicit (e.g., "I reject the indissolubility of
6    marriage and intend a marriage which can end in divorce and am free to marry after the
7    divorce.") or implicit (e.g., "My culture, religion and/or family background has taught me a
8    person can end a marriage through a civil divorce and is then free to marry another.").[13] The
9    positive act of the will can be actual (a conscious intention directing the action) or virtual (a
10    continuation of a conscious intention even though the conscious intention is no longer foremost
11    in the party's awareness, e.g., distracted while acting).[14] It is not a habitual intention (e.g., a
12    mere inclination or general disposition), an interpretive intention (e.g., "If I knew then what I
13    know now."), a propensity (e.g., a preference without personal commitment) or indifference.

14    There are four basic ways of positing an intention against permanence. The first is the
15    conscious rejection of the indissolubility of marriage even though one knows marriage is to be
16    indissoluble. The second is an intention to be free to marry again if the marriage one is entering
17    should end in civil divorce or civil annulment. The third is substituting one's own view of
18    marriage for the Christian (Divine) view of marriage.[15] The fourth is the reservation to oneself
19    of the right to end the marriage and marry another.

20    Deep and long held error concerning the nature of marriage especially concerning its
21    indissolubility can form a one's intention causing the person to intend a dissoluble marriage.[16]
22    The "divorce mentality" present in the United States can lead to such error. The religious and
23    intellectual formation of a person can form a person's intellect and will in such a manner only a
24    dissoluble marriage could be chosen.[17] Ideologies (e.g., agnosticism, individualism, pragmatism,
25    relativism, skepticism, opinionism, etc.) can shape a person's intellect and will so one would
26    reject an indissoluble marriage. The family history of an individual especially the presence and
27    acceptance of divorce among a person's relatives can shape one's intention against

---

William A. Schumacher and Lynn Jarrell, O.S.U. (Washington, DC: Canon Law Society of America, 1990) 28-32.
All these documents, including a revised summary sheet, are contained in Woestman, 129-140.

[10] *CIC*, c. 1148.

[11] *CIC*, c. 1142.

[12] See *coram* Jullien, November 28, 1942: *Decisiones* 34 (1942) 809; *coram* Filipiak, March 23, 1956: *Decisiones* 48 (1956) 256; *coram* Pompedda, July 1, 1969: *Decisiones* 61 (1969) 691; *coram* Palestro, April 5, 1989: *Decisiones* 81 (1989) 237; *coram* Bruno, February 1, 1991: *Decisiones* 83 (1991) 67-68; *coram* Davino, July 19, 1991: *Decisiones* 83 (1991) 493.

[13] See *coram* Sabatti, December 11, 1964: *Decisiones* 56 (1964) 930-931; *coram* Pompedda, July 1, 1969: *Decisiones* 61 (1969) 691; *coram* Palestro, April 5, 1989: *Decisiones* 81 (1989) 237; *coram* Bruno, February 1, 1991: *Decisiones* 83 (1991) 67-68.

[14] See *coram* Palestro, April 5, 1989: *Decisiones* 81 (1989) 237; *coram* Bruno, February 1, 1991, *Decisiones* 83 (1991) 67-68.

[15] See *CCC*, nn. 1646-1647.

[16] See *CIC*, c. 1099.

[17] See *coram* Ewers, February 24, 1968: *Decisiones* 60 (1968) 129; *coram* Huot, April 22, 1982: *Decisiones* 74 (1982) 193.

1  permanence.[18] A person's own attitudes and behaviors while approaching marriage can reveal
2  one's intention concerning marriage, and so can the personal history of the individual, e.g., prior
3  marriages ended in divorce, irresponsibility, lack of commitment, etc. Pressure to marry can also
4  lead a person to enter into a marriage, which the person has decided can be terminated.[19] These
5  are some factors that can shape the intellect and will of a person so a deliberate choice is made
6  against permanence.

7      To prove an intention against permanence either direct proof through the confession of
8  the simulating party with the confirmation of witnesses or an indirect proof as the only way to
9  understand the behavior is necessary.[20] Both may exist in the same case. There needs to be a
10  reason or motive for this simulation based upon personal attitudes towards divorce and
11  remarriage, an objective rationale for not wanting marriage unto death, and a reason to marry
12  despite all this.[21]

13      Finally, the mere fact a couple civilly divorced does not in and of itself show an
14  exclusion of permanence. A person, for example, might choose to divorce his or her spouse
15  because of an intolerable situation. The Church herself recognizes there are situations where the
16  permanent separation of a couple may be necessary, e.g., adultery, physical abuse, addiction,
17  etc.[22] A person, therefore, who civilly divorced his or her spouse may have done so because it
18  was the best or only method available to achieve separation and escape an intolerable situation.

19      When in the instruction of a case there is less than moral certitude about the intention of
20  the parties, then the marriage is considered valid for marriage enjoys the favor of the law, and
21  when a doubt exists, the validity is upheld until the contrary is proven.[23] The presumption of the
22  validity of the marriage, however, yields to proofs that give moral certitude.

## III.   THE ARGUMENT

24      The fundamental assertion in this case is that the Respondent entered into marriage with
25  the judgment that once she had obtained what she wanted, she could abandon the marriage. The
26  Petitioner, therefore, is claiming that the Respondent did not intend an indissoluble marriage. He
27  further maintains that the Respondent married him, because she was getting on in years and
28  wanted to have children and needed to do so before she was too old, and that she married him for
29  his money. These are rather stark and bold claims; however, the evidence presented
30  substantiates them.

31      The declarations of the Petitioner and the testimony of the three witnesses corroborate
32  one another. They are interiorly consistent, and there is no appearance of collusion. The three

---

[18] See *coram* Rogers, May 14, 1962: *Decisiones* 54 (1962) 213; *coram* Ewers, February 24, 1968: *Decisiones* 60 (1968) 12-130.

[19] See *coram* Sabattani, March 4, 1957: *Decisiones* 49 (1957) 186.

[20] See *coram* Bruno, June 15, 1990: *Decisiones* 82 (1990) 516.

[21] See *coram* Pompedda, February 3, 1981: *Decisiones* 73 (1981) 69.

[22] See *CIC*, cc. 1151-1155; *CCC*, n. 1649.

[23] See *CIC*, c. 1060; Pontifical Council for Legislative Texts, instruction *Dignitas Connubii*, January 25, 2005 (Vatican City: Libreria Editrice Vaticana, 2005) art. 247.

1  witnesses have firsthand knowledge and information shared by the Petitioner at non-suspect
2  times. All three witnesses are confidants of the Petitioner.

3       The Respondent has chosen not to participate in this process, and a direct confession or
4  denial is not, therefore, present. Also absent from this case is an indirect confession made to
5  someone else by the Respondent. The behavior, however, of the Respondent cannot be
6  explained other than by her having simulated.

7       Everyone agreed that the Respondent was raised in the midst of divorce and remarriage.
8  Her father and mother divorced when she was a child. Both remarried. The Respondent's father
9  remains married to his second wife. The Respondent's mother, however, has remarried and
10 divorced two more times. The timeline, however, is unclear whether the third marriage was
11 before or after the marriage of the Petitioner and the Respondent. One witness stated, "I think
12 [the Respondent's mother] was instrumental in showing [the Respondent] how to divorce well,
13 as opposed to how to have a good marriage" (Acts, 53). The childhood experience of the
14 Respondent as she observed the actions of her parents, particularly her mother, taught that
15 marriage is not a life-time commitment, but rather a commitment for as long as one or both
16 parties wanted it to be.

17      Everyone reported that when the Petitioner decided to petition for a civil divorce in July
18 of 2005, that the attorney for the Petitioner discovered that the Respondent had filed for a civil
19 divorce in 2002, but had not acted upon the petition or had the Petitioner served. The
20 Respondent never made mention to the Petitioner of having filed this petition. The Petitioner
21 also asserted that the Respondent had filed for a civil divorce in 1999, a little more than two
22 years after the wedding, but withdrew the petition after they reconciled. The witnesses allude to
23 this first filing, and they directly speak to the reconciliation. In the end, the Respondent is listed
24 as the Plaintiff in the civil divorce, not the Petitioner. The fact that the Respondent filed and then
25 secretly re-filed for a civil divorce demonstrates that she judged she was who determined the
26 nature and dissolubility of marriage.

27      The Petitioner and his witnesses spoke of the self-centeredness of the Respondent. One
28 of the examples of this was the selection of the place of marriage. Despite the fact that the
29 Petitioner made it clear that he wanted to be married in a Catholic church, the Respondent sent
30 her mother "church shopping" to find a beautiful church in which to be wed. Her mother
31 recommended a particular Episcopal church to which they had no affiliation, and the Respondent
32 insisted that no Catholic church was pretty enough to match it and thereby acceptable. A
33 dispensation from form was, therefore, sought and granted. Another example, is the
34 Respondent's unwillingness to accept her role as a step-mother to the Petitioner's two children
35 from his first marriage. A third example is her insistence on relocating to California, a state
36 difficult for the Petitioner to make a new start in the medical business and which separated him
37 from this children. A fourth example is her unwillingness to socialize particularly with the
38 Petitioner's family and friends, and her not wanting to connect with her own children as infants.

39      Everyone stated that the Respondent had difficulty in telling the truth. For example,
40 instead of stating she really wanted to return to California, she said it was the only state in which
41 she could find a job as a medical doctor. Filing for a civil divorce and never telling the Petitioner
42 is another example. These and other examples led one witness to classify the Respondent as a
43 pathological liar (Acts, 42, 46).

1        Lastly, everyone agreed that the Respondent because she was approaching forty was
2 concerned that she needed to get married if she were to have children. Having children was
3 important to her, but she did not want to have them outside of marriage. In addition, everyone
4 agreed that at the time the parties met, the Petitioner was quite wealthy. They state she married
5 him for his money. To support this statement, they note all the acrimony in the civil divorce is
6 over money. She claims that although the Petitioner went bankrupt during the marriage that he is
7 still wealthy, despite proof to the contrary, and she is trying to gain access to this fictitious
8 wealth.

9        The evidence in this case demonstrates that the Respondent was raised in an environment
10 that taught marriage was not indissoluble, but dissoluble. The evidence shows that the
11 Respondent was self-centered, and would lie to get her way or look good. The evidence reveals
12 that she filed twice for a civil divorce, the second time without informing the Petitioner. The
13 evidence provides two motives to marry despite an intention against indissolubility, namely, a
14 desire to have children before surpassing childbearing age and a desire for wealth. The
15 explanation that fits all this evidence is an intention against indissolubility.

16        WHEREFORE, in view of the foregoing and with due consideration of the Law and its
17 application to the particular circumstances, I, Thomas E. Cronkleton, Jr., seated as Judge of the
18 Tribunal of the Diocese of Cheyenne, as the court of First Instance, after invoking the Trinity and
19 the intercession of Our Blessed Mother, Seat of Wisdom, do before God hereby DECREE,
20 DECLARE and PRONOUNCE the following concerning the marriage between ROBERT
21 MICHAEL LANE AND VIKKI LYNN LAREAU:

22        As to whether the marriage was invalid because the Respondent through a positive act of the
23        will indissolubility, I find

24                               **IN THE AFFIRMATIVE.**

25

26        WHEREFORE, in the interest of the public good and the good of the parties, I DECREE,
27 DECLARE and PRONOUNCE the following:

28        The parties are to be informed of the disposition of this sentence, their right to come to the
29        office of the Tribunal of the Diocese of Cheyenne to review the sentence and their right to
30        contest this decision.

31        A *monitum* is placed upon the Petitioner. He has already had two attempts at marriage that
32        have failed. He and any preparing minister is cautioned to make sure the Petitioner is not
33        entering into a third invalid union, and to use any and all pastoral means to achieve this.

34        A *vetitum* is placed upon the Respondent. Should she decide to enter into a marriage in the
35        Catholic Church, she will need to demonstrate to the local ordinary that she has the correct
36        intention concerning marriage and its essential elements and properties, especially
37        indissolubility.

38        The Parties are to be reminded that they need the permission of the local ordinary before
39        marrying in the Catholic Church. In order to obtain this permission, a party will need to
40        demonstrate that he or she has faithfully complied with the provisions for the support,
41        education and formation of the children and with the provisions concerning any obligations

1  to his former spouse as specified in the civil divorce decree and the canons of the 1983 Code
2  of Canon Law.

3  Court expenses are to be paid according to the agreements entered into by the parties with
4  this Tribunal.

5

6  Given this _11<u>th</u>_ day of _May_____, 2011, in the Offices of the Tribunal of
7  the Diocese of Cheyenne.

8

9  _____

10  The Reverend Thomas E. Cronkleton, Jr., JCD
11  Presiding Judge

12

13  _____

14  Linda Robbins
15  Ecclesiastical Notary
16

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 6, 2013 a true and correct copy of the foregoing **DEBTOR'S MOTION FOR SANCTIONS AGAINST DR. VIKKI L. LANE AND HER ATTORNEY BRENT COHEN FOR MAKING FALSE STATEMENTS TO THE COURT**

was served via U.S. Mail to the following:

Brent Cohen
Rothgerber, Johnson & Lyons
Suite 3000
1200 17th St
Denver, Colorado 80202-5855

Dr. Vikki Lane
101 Campo Vista
Santa Barbara, CA 93111

Mr. John Smiley
Lindquist & Vennum
600 17th Street
Suite 1800 South
Denver, Colorado 80202